**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

    -against-

CHARLIE JAVICE,

         Defendant.

23-M-2638

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that JP Kernisan of Quinn Emanuel Urquhart & Sullivan, LLP,

with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of

Defendant Charlie Javice in the above-captioned matter.

      I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
      April 4, 2023

By: */s/* JP Kernisan
JP Kernisan
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000
Fax: (212) 849–7100
Email: *jpkernisan@quinnemanuel.com*

Counsel for Defendant Charlie Javice