**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CHARLIE JAVICE,<br><br>　　　　　　Defendant. | 23-M-2638<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Tai Park of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Charlie Javice in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
　　　　April 4, 2023

　　　　　　　　　　　　　　　　By: */s/* Tai Park
　　　　　　　　　　　　　　　　Tai Park
　　　　　　　　　　　　　　　　Quinn Emanuel Urquhart & Sullivan LLP
　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　New York, New York 10010
　　　　　　　　　　　　　　　　Tel: (212) 849–7000
　　　　　　　　　　　　　　　　Fax: (212) 849–7100
　　　　　　　　　　　　　　　　Email: *taipark@quinnemanuel.com*

　　　　　　　　　　　　　　　　Counsel for Defendant Charlie Javice