**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7452 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7452**

WRITER'S EMAIL ADDRESS
**maarenshah@quinnemanuel.com**

April 17, 2023

**VIA ECF**

The Honorable Barbara Moses
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charlie Javice*, 23-mj-2638

Dear Judge Moses:

On behalf of our client, Charlie Javice, we respectfully submit this letter to request a one-week extension for Ms. Javice to comply with the Government's requirement that she file certain documents pertaining to the Miami Beach, Florida property that Ms. Javice is leveraging for her bail. The original deadline is set for April 18, 2023 and Ms. Javice respectfully requests that it be extended until April 25, 2023. We have communicated this request to the Government, and it has no objections.

Respectfully submitted,

/s/ *Maaren A. Shah*
Maaren A. Shah
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7452
maarenshah@quinnemanuel.com

cc: All counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH