UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>                    Defendants. | 23-cr-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sean S. Buckley of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

I hereby certify that I am admitted to practice before this court.


Dated: July 13, 2022
         New York, New York

                                                          By: */s/ Sean S. Buckley*
                                                          Sean S. Buckley
                                                          KOBRE & KIM LLP
                                                          800 Third Avenue
                                                          New York, NY 10022
                                                          Telephone: (212) 380-1253
                                                          Facsimile: (212) 488-1220
                                                          Email: Sean.Buckley@kobrekim.com

                                                          *Counsel for Defendant Olivier Amar*