UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>                    Defendants. | 23-cr-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Steven G. Kobre of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

　　　　I hereby certify that I am admitted to practice before this court.


Dated:  July 13, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Steven G. Kobre*
　　　　　　　　　　　　　　　　　　　　　　　　Steven G. Kobre
　　　　　　　　　　　　　　　　　　　　　　　　KOBRE & KIM LLP
　　　　　　　　　　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 488-1202
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 488-1220
　　　　　　　　　　　　　　　　　　　　　　　　Email: Steven.Kobre@kobrekim.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Olivier Amar*