UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA

  - against -

CHARLIE JAVICE, and
OLIVIER AMAR,
               Defendants.
---------------------------X

No. 23-CR-00251-AKH

**MOTION OF TAI H. PARK FOR LEAVE TO
WITHDRAW AS COUNSEL TO DEFENDANT CHARLIE JAVICE**

     I, Tai H. Park, formerly of Quinn Emanuel Urquhart & Sullivan, LLP, hereby respectfully move this Court under Local Criminal Rule 1.2 and Local Civil Rule 1.4 for an order granting me leave to withdraw as counsel to Defendant Charlie Javice in the above-captioned case. I left Quinn Emanuel to start my own firm on July 5, 2023, and in my new role I will no longer be participating in Ms. Javice's defense. Quinn Emanuel attorneys Alex Spiro, Maaren Shah, and Jan Philip Kernisan will continue to represent Ms. Javice in this case.

     I hereby certify that copies of this motion were served to Ms. Javice by email and on all counsel of record through the Court's CM/ECF system.

Dated: July 13, 2023

By: _____
Tai H. Park
Tai Park PLLC
1140 Avenue of the Americas
17th Floor
New York, NY 10036
tai@taiparklaw.com
(917) 346-3914

cc: Defendant Charlie Javice (via email)