# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

**APPLICATION GRANTED**
Hon. Valerie Figueredo, U.S.M.J.
7-26-2023

July 26, 2023

**BY EMAIL**

The Hon. Valerie F. Figueredo
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   United States v. Olivier Amar, S1 23 Cr. 251 (AKH)

Dear Judge Figueredo:

We write on behalf of our client, Olivier Amar, to request a one-week extension of time for Mr. Amar to satisfy his bail conditions. Mr. Amar surrendered and was presented on Indictment S1 23 Cr. 251 on July 13, 2023. He was released on his own signature later that day and has been subject to GPS location monitoring as well as a curfew since his release. He has fully complied with those conditions.

Under the terms of his release, Mr. Amar has until July 27, 2023 to satisfy the remaining conditions of the bond. He respectfully requests a brief extension of one week, until August 3, 2023, to satisfy the remaining conditions. This is Mr. Amar's first request for an extension of time to fulfill his bail conditions. We have conferred with the Government and Pretrial Services, who have no objection to this request.

We appreciate the Court's consideration of this request. As always, the undersigned counsel are available to answer any questions the Court may have.

Respectfully submitted,

/s/ Sean S. Buckley
Steven G. Kobre
Sean S. Buckley

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.