**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

CHARLIE JAVICE, and
OLIVIER AMAR,

Defendants.

23-cr-00251-AKH

**<u>NOTICE OF APPEARANCE</u>**

---

PLEASE TAKE NOTICE that Alexandria E. Swette of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

I hereby certify that I am admitted to practice before this court.

Dated:  September 21, 2023
        New York, New York

By: */s/Alexandria E. Swette*
Alexandria E. Swette
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel.: (212) 380-1200
Fax: (212) 488-1220
Alexandria.Swette@kobrekim.com

*Counsel for Defendant Olivier Amar*