**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>               Defendants. | Case No. 1:23-cr-00251-AKH<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

      PURSUANT TO RULE 1.3 of the Local Rules of The United States Courts for the Southern and Eastern Districts of New York, I, Sydney Sgambato Johnson, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Olivier Amar in the above-captioned action.

      I am in good standing of the Bars of the State of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

| | |
|---|---|
| Dated: September 21, 2023<br>Washington, D.C. | Respectfully Submitted,<br>**KOBRE & KIM LLP**<br><br>*/s/ Sydney Sgambato Johnson*<br>Sydney Sgambato Johnson<br>Kobre & Kim LLP<br>1919 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 664 1952<br>Sydney.Johnson@kobrekim.com<br><br>*Counsel for Olivier Amar* |