**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>  Defendants. | Case No. 1:23-cr-00251-AKH<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

  The motion of Sydney Sgambato Johnson, for admission to practice *pro hac vice* in the above-captioned action is granted.

  Ms. Johnson has declared that she is a member in good standing of the Bars of the State of Maryland and the District of Columbia and that her contact information is as follows:

> Sydney Sgambato Johnson
> Kobre & Kim LLP
> 1919 M Street, NW
> Washington, DC 20036
> Telephone: (202) 664 1952
> Sydney.Johnson@kobrekim.com

  Ms. Johnson, having requested admission *pro hac vice* to appear for all purposes as counsel for Olivier Amar in the above-captioned action, **IT IS HEREBY ORDERED** that she is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                            _____
                                                                  United States District Judge