**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>Defendants. | 23-cr-00251-AKH<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sydney Sgambato Johnson of Kobre & Kim LLP, with offices located at 1919 M Street NW, Washington, DC 20036, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

I hereby certify that I am admitted *pro hac vice* to practice before this Court.

Dated:  October 12, 2022
        Washington, D.C.

By: */s/ Sydney Sgambato Johnson*
Sydney Sgambato Johnson
KOBRE & KIM LLP
1919 M Street, NW
Washington, DC 20036
Telephone: (202)-664-1952
Email: Sydney.Johnson@kobrekim.com

*Counsel for Defendant Olivier Amar*
