**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

     v.

CHARLIE JAVICE, and
OLIVIER AMAR,

        Defendants.

23-cr-00251-AKH

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that Ana L. Frischtak, an attorney with the law firm of Kobre & Kim LLP, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

   I hereby certify that I am admitted to practice before this Court.

Dated:  October 12, 2023

        By: */s/ Ana L. Frischtak*
        Ana L. Frischtak
        KOBRE & KIM LLP
        800 Third Avenue
        New York, NY 10022
        Tel.: +55 11 4933 1602
        Fax: (212) 488-1220
        Ana.Frischtak@kobrekim.com

        *Counsel for Defendant Olivier Amar*