UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 23-cr-00251-AKH<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion to Compel Production of Rule 16 Discovery and *Brady*/*Giglio* Material, dated October 13, 2023, and the Declaration of Alex Spiro, dated October 13, 2023 (and the exhibits annexed thereto), Defendants Charlie Javice and Olivier Amar ("Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, at the United States Patrick D. Moynihan U.S. Courthouse, 500 Pearl St., New York, New York 10007, on November 2, 2023 at 2:30 p.m., or at such other time that counsel may be heard, for an Order compelling the United States' compliance with basic principles of due process and its discovery obligations under Federal Rule of Criminal Procedure 16 and *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny and for such other and further relief the Court deems just and equitable.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order of September 26, 2023, the United States shall serve its response by October 27, 2023.

Dated: October 13, 2023

Respectfully submitted,

| | |
|---|---|
| **KOBRE & KIM LLP** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |

By: /s/ *Sean S. Buckley*
    Sean S. Buckley
    Steven G. Kobre
    Alexandria E. Swette
    Ana Frischtak
    800 Third Ave
    New York, New York 10022
    Telephone: (212) 488-1200
    Facsimile: (212) 488-1220
    Sean.Buckley@kobrekim.com
    Steven.Kobre@kobrekim.com
    Alexandria.Swette@kobrekim.com
    Ana.Frischtak@kobrekim.com

    Sydney Sgambato Johnson (pro hac vice)
    KOBRE & KIM LLP
    1919 M Street, NW
    Washington, DC 20036
    Telephone: (202) 664-1900
    Facsimile: (202) 664-1920
    Sydney.Johnson@kobrekim.com

*Counsel for Defendant Olivier Amar*

By /s/ *Alex Spiro*
    Alex Spiro
    Maaren A. Shah
    Samuel Nitze
    JP Kernisan
    51 Madison Avenue, 22nd Floor
    New York, New York 10038
    Tel: 202-538-8122
    Fax: 202-538-8100
    alexspiro@quinnemanuel.com
    maarenshah@quinnemanuel.com
    samuelnitze@quinnemanuel.com
    jpkernisan@quinnemanuel.com

*Attorneys for Defendant Charlie Javice*