UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 23-cr-00251-AKH<br><br>**DECLARATION OF SAMUEL NITZE** |

I, Samuel Nitze, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Charlie Javice in the above-captioned action.

2. On November 9, 2023, I served a subpoena to JPMorgan Chase Bank, N.A. ("JPMC"), issued pursuant to Federal Rule of Criminal Procedure 17(c) (the "JPMC Subpoena"), by email to Ms. Kristy Greenberg, partner at Hogan Lovells US LLP, and counsel for JPMC.

3. Also on November 9, 2023, Ms. Greenberg responded confirming that she was willing and authorized to accept service of the JPMC Subpoena by email on behalf of JPMC.

4. I submit this declaration in order to show that on November 9, 2023, JPMC's counsel accepted service of the JPMC Subpoena.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in New York, New York on this 10th day of November, 2023.

/s/ *Samuel Nitze*
Samuel Nitze