UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :
UNITED STATES OF AMERICA              :     GOVERNMENT'S FORFEITURE
                                                    :     <u>BILL OF PARTICULARS</u>
      - v. -
                                                    :     S1 23 Cr. 251 (AKH)
CHARLIE JAVICE, and
OLIVIER AMAR,                                 :

            Defendants.            :
-------------------------------------------------------x

        Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Four of the Indictment, as alleged in the Forfeiture Allegations and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the Defendant's investment as a limited partner of Motive Capital Fund II-A, LP and Motive Capital Fund II-B, LP.

Dated:     New York, New York
              November 13, 2023

                                  Respectfully Submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                By:         /s/_____
                        Dina McLeod
                        Micah Fergenson
                        Assistant United States Attorneys
                        Telephone: (212) 637-1040/-2190