```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA                               :    GOVERNMENT'S FORFEITURE
                                                       :    BILL OF PARTICULARS
            - v. -                                     :
                                                       :    S1 23 Cr. 251 (AKH)
CHARLIE JAVICE, and                                    :
OLIVIER AMAR,                                          :
                                                       :
                    Defendants.                        :
-------------------------------------------------------x
```

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Four of the Indictment, as alleged in the Forfeiture Allegations and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the Defendant's investment as a limited partner of Motive Capital Fund II-A, LP and Motive Capital Fund II-B, LP.

Dated:   New York, New York
         November 13, 2023

                              Respectfully Submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                        By:   _____/s/_____
                              Dina McLeod
                              Micah Fergenson
                              Assistant United States Attorneys
                              Telephone: (212) 637-1040/-2190

1