UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
UNITED STATES OF AMERICA,                    :
                                             :
    -against-                                 :    **ORDER REGULATING**
                                             :    **PROCEEDINGS**
                                             :
CHARLIE JAVICE and OLIVIER AMAR,             :    23 Cr. 251 (AKH)
                                             :
                    Defendants.      :
                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The government's deadline to produce is enlarged to December 8, 2023. The government is ordered, by the same deadline, to request from JPMC and turn over to Defendants: (i) the dates of the departures for the individuals referenced in paragraphs 19(e) and 19(g) of the Complaint; (ii) the dates on which those individuals' documents were deleted; and (iii) the governing document destruction and/or retention policy mandating that such files be deleted.

        The Clerk is instructed to terminate ECF Nos. 67 and 69.

        SO ORDERED.

Dated:    November 20, 2023
              New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge

1