**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7074

WRITER'S EMAIL ADDRESS
samuelnitze@quinnemanuel.com

December 1, 2023

**VIA ECF AND E-MAIL**

The Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** *United States v. Charlie Javice*, 23-Cr.-251 (S-1) (AKH) (BCM)

Dear Judge Moses,

     We write on behalf of our client, Charlie Javice, to request a modification to her current bail conditions. Specifically, we request that the bail condition imposing a curfew be removed and that, in lieu of curfew, Ms. Javice be subject to 24-hour location monitoring via GPS. All other conditions of release would remain in effect. We have confirmed that the Government and Pretrial Services have no objection to the requested modification.

     By way of background, Ms. Javice was presented on the indictment in this matter on April 4, 2023 and was released on a secured, $2 million personal recognizance bond later that day. Ms. Javice has been subject to a curfew, among other restrictions, for the duration of her supervised release. Ms. Javice has been fully compliant with all conditions of her bond.

     We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Samuel P. Nitze*

Samuel P. Nitze

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH