UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                              :

UNITED STATES OF AMERICA,                :

                                                                              :         **SCHEDULING ORDER**

      -against-                                :

                                                                              :         23 Cr. 251 (AKH)

CHARLIE JAVICE and OLIVIER AMAR,     :

                                                                              :

                            Defendants.         :

                                                                              :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for January 17, 2024 at 11 a.m. is adjourned until January 17, 2024 at 2:30 p.m. Time is excluded until January 17, 2024 at 2:30 p.m. in the interest of justice. 18 U.S.C. § 3161(h)(7).

        SO ORDERED.

Dated:       January 11, 2024                                  /S/ Alvin K. Hellerstein
               New York, New York                         ALVIN K. HELLERSTEIN
                                                                    United States District Judge