UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-CR-251 (AKH)<br><br>**ORDER OF ADMISSION *PRO HAC VICE* OF SARA CATHERINE CLARK** |

The motion for the admission of **Sara Catherine Clark**, Esq., to practice *Pro Hac Vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that she is a member in good standing of the State Bar of Texas, and that her contact information is as follows:

> Applicant's Name: Sara Catherine Clark
> Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
> Address: 711 Louisiana St., Ste. 500, Houston, Texas 77002
> Telephone: (713) 221-7000
> Email: saraclark@quinnemanuel.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Charlie Javice in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: January 17, 2024

_____
United States District Judge