UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE AND OLIVER AMAR,<br><br>Defendants. | Case No. 1:23-cr-00251-AKH |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case on behalf of non-party JPMorgan Chase Bank, N.A. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: February 5, 2024
       New York, New York

Respectfully submitted,

By: */s/ Katherine Swan*
    Katherine Swan

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
katherine.swan@davispolk.com

*Attorney for Non-Party JPMorgan Chase Bank, N.A.*