**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE AND OLIVIER AMAR,

Defendants.

Case No. 1:23-cr-00251-AKH

---

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Allison M. Wuertz of Hogan Lovells US LLP respectfully moves this Court for an order granting leave to withdraw as counsel of record for non-party JPMorgan Chase Bank, N.A. in the above-captioned case.

Dated: February 8, 2024
New York, New York

HOGAN LOVELLS US LLP

By: */s/   Allison M. Wuertz*
Allison M. Wuertz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*