UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Charlie Javice and Olivier Amar,

Defendants.

23 Cr. 251 (AKH)

## NOTICE OF APPEARANCE

TO:  Clerk of the Court
United States District Courts
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of the Government in the above-captioned case and add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
February 20, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Rushmi Bhaskaran
Assistant United States Attorney
Tel.: (212) 637-2439