# EXHIBIT A

# EXHIBIT B

# EXHIBIT B

# EXHIBIT C