

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 5, 2024

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
March 5, 2024

Re: United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

On March 1, 2024, defendant Olivier Amar filed a motion for the exchange of seized property. (ECF No. 100). With consent from Amar's counsel, the Government respectfully requests permission from the Court to file its response to that motion by March 22, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Dina McLeod
Micah F. Fergenson
Rushmi Bhaskaran
Assistant United States Attorneys
(212) 637-1040 / -2190 / -2439

cc: Counsel of record (by ECF)