UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA,

- v. -

CHARLIE JAVICE and OLIVIER AMAR,

Defendants.

23 Cr. 251 (AKH)

---------------------------------------------------------x

## DECLARATION OF SEAN S. BUCKLEY

I, Sean S. Buckley, hereby declare pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1 that the following is true and correct:

1. I am a member in good standing of the Bar of the State of New York and a partner with the law firm Kobre & Kim LLP, attorneys for Defendant Olivier Amar in the above-captioned action.

2. I submit this Declaration in support of Mr. Amar's Motion to Dismiss the Indictment or in the Alternative for a Bill of Particulars.

3. Pursuant to Local Crim. R. 16.1, counsel for Mr. Amar conferred with the Government on April 3, 2024, regarding Mr. Amar's request for certain particulars, in a good faith effort to resolve the issue without the intervention of the Court. These discussions did not result in a resolution of the issues addressed in Mr. Amar's request for a bill of particulars.

I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York, on this 5th day of April, 2024.

/s/ *Sean S. Buckley*
Sean S. Buckley