UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                 :

UNITED STATES OF AMERICA,          :
                                                 :          **SCHEDULING ORDER**

     -against-                                  :
                                                 :          23 Cr. 251 (AKH)

CHARLIE JAVICE and OLIVIER AMAR,    :
                                                 :
                      Defendants.       :
                                                 :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The oral argument on the pending motions, scheduled for May 30, 2024, will proceed at 4 p.m.

        SO ORDERED.

Dated:     May 23, 2024                              /S/ Alvin K. Hellerstein
             New York, New York                    ALVIN K. HELLERSTEIN
                                                                        United States District Judge