UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                        :

UNITED STATES OF AMERICA,          :

                                                                    :         **SCHEDULING ORDER**

      -against-                                  :

                                                                     :         23 Cr. 251 (AKH)

CHARLIE JAVICE and OLIVIER AMAR,    :

                                                                    :

                             Defendants.        :

                                                                      :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The oral argument on the pending motions, scheduled for May 30, 2024, is adjourned until May 31, 2024 at 10:30 a.m. in Courtroom 14D.

        SO ORDERED.

Dated:      May 28, 2024                                    /S/ Alvin K. Hellerstein
               New York, New York                        ALVIN K. HELLERSTEIN
                                                                     United States District Judge