UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
UNITED STATES OF AMERICA,        :
:     **SCHEDULING ORDER**
-against-                        :
:     23 Cr. 251 (AKH)
CHARLIE JAVICE and OLIVIER AMAR, :
:
Defendants.          :
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument on the pending motions, scheduled for May 31, 2024, will proceed at May 30, 2024 at 4 p.m. in Courtroom 24B.

       SO ORDERED.

Dated:    May 28, 2024                        /S/ Alvin K. Hellerstein
          New York, New York            ALVIN K. HELLERSTEIN
                                            United States District Judge