**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

May 30, 2024

**BY ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Courtroom 14D
500 Pearl St.
New York, NY 10007

Re:     United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

I write on behalf of JPMorgan Chase Bank, N.A. ("JPMC") to request that the privilege hearing in the above-referenced matter, currently scheduled for June 21, 2024 (Dkt. No. 124), be rescheduled. Due to a previously scheduled work obligation, I will be traveling outside the country on that date. The Court has previously adjourned the hearing once at the joint request of Defendants and JPMC. Defendants have consented to this second adjournment request, and JPMC and Defendants are available to proceed with the hearing on June 28, 2024.

Respectfully submitted,

 /s/ Greg D. Andres
Greg D. Andres
Sidney Bashago
Katherine Swan
Michelle Adler
Christian Hines
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
greg.andres@davispolk.com
sidney.bashago@davispolk.com
katherine.swan@davispolk.com
michelle.adler@davispolk.com
christian.hines@davispolk.com

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)