UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CHARLIE JAVICE and OLIVIER AMAR,

                                Defendants.

-------------------------------------------------------------- x

**FOURTH ORDER
REGULATING PROCEEDINGS**

23 Cr. 251 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 30, 2024, I heard arguments and denied Defendants' motions to dismiss the superseding indictment and Defendant Amar's motion to suppress seized electronic evidence, as reflected in the transcript of argument. The parties shall stipulate to the date by which the government shall comply with the Court's disclosure order. The conference scheduled for June 21, 2024 is adjourned until July 11, 2024 at 11 a.m. in Courtroom 14D. The Clerk is instructed to terminate the open motions at ECF Nos. 114, 117, 119, and 132.

        SO ORDERED.

Dated:     May 31, 2024
             New York, New York                       /S/ Alvin K. Hellerstein
                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge