U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

June 7, 2024

**BY ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Charlie Javice and Olivier Amar, S1 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    The Government writes to respectfully propose a modification to the pretrial schedule in the above matter. The Government and the defendants have agreed to a deadline of June 24, 2024 for the Government's letter to provide additional details regarding the allegations in this case.

    The Government also proposes that the deadline for initial expert disclosures be extended from June 15th to July 15th and the deadline for supplemental expert disclosures be extended from July 15th to August 15th. The defendants, through counsel, have no objection to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Dina McLeod*
    Rushmi Bhaskaran
    Nicholas W. Chiuchiolo
    Dina McLeod
    Assistant United States Attorneys
    (212) 637- 2439 / -1247 / -1040

cc: Counsel of record (by ECF and email)