**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
samuelnitze@quinnemanuel.com

June 10, 2024

**BY ECF & FAX**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

Re:   *United States v. Charlie Javice and Olivier Amar*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Defendants Charlie Javice and Olivier Amar along with JPMorgan Chase Bank, N.A. (collectively, the "Parties") respectfully submit this joint letter to request an extension, from June 14, 2024 to July 3, 2024, of the deadline to submit a joint submission detailing Defendants' outstanding privilege challenges and providing sample documents under seal for the Court's *ex parte* review. The June 14 deadline was based on a hearing date of June 21. The Court rescheduled that hearing for July 11. The Parties therefore request a commensurate extension of the joint submission deadline to July 3, 2024.

As the Court is aware, the Parties are currently seeking an alternative hearing date. The Parties will contact the Court should an alternative hearing date necessitate a change in the joint submission deadline.

We have also provided a copy of this letter to the Government, which has indicated that it takes no position on this request.

Respectfully submitted,

_____
Samuel Nitze
Alex Spiro
Maaren A. Shah
JP Kernisan
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
Telephone: 202-538-8122
Facsimile: 202-538-8100
samuelnitze@quinnemanuel.com
alexspiro@quinnemanuel.com
maarenshah@quinnemanuel.com
jpkernisan@quinnemanuel.com

*Attorneys for Defendant Charlie Javice*

_____
Sean S. Buckley
Steven G. Kobre
Alexandria E. Swette
KOBRE & KIM LLP
800 Third Ave New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
Sean.Buckley@kobrekim.com
Steven.Kobre@kobrekim.com
Alexandria.Swette@kobrekim.com
Sydney Sgambato Johnson (pro hac vice)
KOBRE & KIM LLP
1919 M Street, NW Washington, DC 20036
Telephone: (202) 664-1900
Facsimile: (202) 664-1920
Sydney.Johnson@kobrekim.com

*Counsel for Defendant Olivier Amar*

/s/ Greg D. Andres
_____
Greg D. Andres
Sidney Bashago
Katherine Swan
Michelle Adler
Christian Hines
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
greg.andres@davispolk.com
sidney.bashago@davispolk.com
katherine.swan@davispolk.com
michelle.adler@davispolk.com
christian.hines@davispolk.com

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)