**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

July 2, 2024

**BY ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Courtroom 14D
500 Pearl St.
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

JPMorgan Chase Bank, N.A. ("JPMC"), along with Defendants Charlie Javice and Olivier Amar (collectively, the "Parties"), respectfully submit this joint letter to request an extension, from July 3, 2024 to July 24, 2024, for the deadline to file a joint submission detailing Defendants' outstanding privilege challenges, JPMC's responses thereto, and the sample of documents for the Court's *ex parte* review.

The parties need additional time to meet and confer and prepare the joint submission. The Parties therefore request that the deadline to file a joint submission be extended to July 24, 2024, and request that the Court's privilege hearing, currently scheduled for July 11, 2024, be rescheduled to July 31, 2024, or thereafter.

Respectfully submitted,

_____
Alex Spiro
Samuel Nitze
Erica Perdomo
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
202-538-8122
alexspiro@quinnemanuel.com
samuelnitze@quinnemanuel.com
ericaperdomo@quinnemanuel.com

*Counsel for Defendant Charlie Javice*

/s/ Greg D. Andres_____
Greg D. Andres
Sidney Bashago
Katherine Swan
Michelle Adler
Christian Hines
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
greg.andres@davispolk.com
sidney.bashago@davispolk.com
katherine.swan@davispolk.com
michelle.adler@davispolk.com
christian.hines@davispolk.com

*Counsel for Non-Party JPMorgan Chase Bank, N.A.*

**Davis Polk**  Hon. Alvin K. Hellerstein

_____
Sean S. Buckley
Steven G. Kobre
Alexandria E. Swette
KOBRE & KIM LLP
800 Third Ave
New York, New York 10022
(212) 488-1200
Sean.Buckley@kobrekim.com
Steven.Kobre@kobrekim.com
Alexandria.Swette@kobrekim.com

*Counsel for Defendant Olivier Amar*

cc: All counsel of record (via ECF)