UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **NOTICE OF APPEARANCE & REQUEST** |
| v. : | **FOR ELECTRONIC NOTIFICATION** |
| : | |
| CHARLIE JAVICE and : | |
| OLIVIER AMAR, : | **23 Cr. 251 (AKH)** |
| : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                      Respectfully submitted,

                                                      DAMIAN WILLIAMS
                                                      United States Attorney for the
                                                      Southern District of New York

                                         by: /s/ Georgia V. Kostopoulos
                                                 Georgia V. Kostopoulos
                                                 Assistant United States Attorney
                                                 212-637-2212 (office)
                                                 Georgia.Kostopoulos@usdoj.gov