**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

August 23, 2024



**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

J.P Morgan Chase ("JPMC") respectfully submits this letter motion to redact portions of the August 6, 2024 hearing transcript in this matter. A table of JPMC's proposed redactions appears below, and a copy of the transcript with the proposed redactions is submitted herewith as Exhibit A.

The redactions, which are limited to JPMC employee names, are necessary to protect the privacy of non-party JPMC's employees. This court has ruled that "case law holds that [an employee's name] may be redacted where an employee is not a party to action in light of the individual's privacy interests." *Oklahoma Firefighters Pension & Ret. Sys. v. Musk*, No. 22 CIV. 3026, 2024 WL 2305264, at *2 (S.D.N.Y. May 20, 2024).

**Proposed Redactions:**

| Page and Line Number |
|---|
| 7:5 |
| 8:5 |
| 9:4 |
| 9:8 |
| 16:3 |
| 16:9 |
| 17:1-2 |
| 17:11 |
| 17:12 |
| 17:13 |
| 17:16 |

# Davis Polk

| Page and Line Number |
|---|
| 18:23 |
| 19:10 |
| 19:11 |
| 19:16 |
| 19:17 |
| 19:18 |
| 21:3 |
| 21:4-5 |
| 21:24-25 |
| 22:16 |
| 24:2 |
| 25:14 |
| 27:15 |
| 27:20 |
| 28:17 |
| 29:17 |
| 38:5 |

Respectfully submitted,

/s/ Greg D. Andres
Greg D. Andres
Sidney Bashago
Katherine Swan
Michelle Adler
Christian Hines
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
greg.andres@davispolk.com
sidney.bashago@davispolk.com
katherine.swan@davispolk.com
michelle.adler@davispolk.com
christian.hines@davispolk.com

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*