**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

September 9, 2024

**BY ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Courtroom 14D
500 Pearl St.
New York, NY 10007

Response due September 18, 2024 at noon. Reply by September 19, 2024 at 5:00 p.m. Argument on all discovery issues to take place on September 23, 2024 at 2:30 p.m.
SO ORDERED. 9/10/24 /s/ Alvin K. Hellerstein

Re:     United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

JPMorgan Chase Bank, N.A. (the "Bank") respectfully requests leave to file a response to Defendants' Motion to Compel, (Dkt. No. 152), no later than Friday, September 20, 2024, pursuant to Local Criminal Rule 49.1.  *See* Local Crim. Rule 49.1 (providing that, "[u]nless otherwise provided by statute or rule, or unless ordered otherwise by the court in a judge's individual practices or in a direction in a particular case, . . . "[a]ny opposing papers must be filed within 14 days after service of the motion papers").  In addition, to the extent Defendants seek to compel production of an amended privilege log by September 13, 2024, (*see* Defs.' Mot. to Compel at 2), the Bank notes that it produced an amended log on the evening of Friday, September 6, 2024.

Respectfully submitted,

 /s/ Greg D. Andres
Greg D. Andres
Sidney Bashago
Katherine Swan
Michelle Adler
Christian Hines
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
greg.andres@davispolk.com
sidney.bashago@davispolk.com
katherine.swan@davispolk.com
michelle.adler@davispolk.com
christian.hines@davispolk.com

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)