

**Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT**
1 message

---

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Fri, Sep 13, 2024 at 7:14 PM
Reply-To: help_desk@nysd.uscourts.gov
To: admin@baezlawfirm.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 3866804
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYSDC-29892674
Approval Code: 181748
Card Number: ▇▇▇▇▇▇▇▇▇▇
Date/Time: 09/13/2024 07:14:14 ET

NOTE: This is an automated message. Please do not reply