UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CHARLIE JAVICE and OLIVIER AMAR,

Defendants.

---

Case No. 1:23-CR-251 (AKH)

[PROPOSED] ORDER OF ADMISSION *PRO HAC VICE* OF JOSE A. BAEZ, ESQ.

The motion for the admission of **Jose A. Baez**, Esq., to practice *Pro Hac Vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the State Bar of Florida, and that his contact information is as follows:

> Applicant's Name: Jose A. Baez
> Firm Name: Baez Law Firm
> Address: 1200 Brickell Avenue, Miami, Fl. 33131
> Telephone: (305) 999-5100
> Email: jose@baezlawfirm.com; office@baezlawfirm.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Charlie Javice in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: September 19, 2024

_____
United States District Judge