# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

September 26, 2024

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** *United States v. Olivier Amar*,
          S1 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    We respectfully write on behalf of our client, Olivier Amar, to request a temporary modification to Mr. Amar's bail conditions to allow him to attend a sporting event at MetLife Stadium on September 29. Pretrial Services and the Government have no objection to this request.

    If the Court is inclined to grant Mr. Amar's request, Mr. Amar will travel to MetLife Stadium in East Rutherford, New Jersey on Sunday, September 29 to attend an NFL football game. Mr. Amar plans to attend the event from approximately 12:00 p.m. to 4:30 p.m., not including travel to and from the event. Mr. Amar has provided Pretrial Services with the location of the event, as well as his expected arrival and departure times. Pretrial Services confirms that he has been fully compliant with all conditions of his bond. If the Court grants the requested modification, Mr. Amar will continue to be subject to location monitoring.

    We appreciate the Court's consideration of this request and, as always, are available to answer any questions the Court may have.

Respectfully submitted,

/s/ Sean S. Buckley

*So Ordered 9-26-24 /s/ A. Hellerstein*

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. Alvin K. Hellerstein, U.S.D.J.
September 26, 2024
Page 2

                                          Sean S. Buckley
                                          Alexandria E. Swette
                                          KOBRE & KIM LLP
                                          800 Third Avenue
                                          New York, NY 10022
                                          Telephone: (212) 380-1253
                                          Facsimile: (212) 488-1220
                                          Sean.Buckley@kobrekim.com
                                          Alexandria.Swette@kobrekim.com

                                          *Counsel for Defendant Olivier Amar*

cc:    AUSAs Dina McLeod, Nicholas Chiuchiolo, Rushmi Bhaskaran,
        Georgia Kostopoulos
        *Attorneys for the Government*

        Officers Ashley Cosme and Mallori Brady
        *Pretrial Services*