UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No.  1:23-CR-251 (AKH)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF RONALD S. SULLIVAN JR., ESQ.** |

    PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto, and pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ronald S. Sullivan Jr., Esq., hereby move this court for an Order for admission to practice *Pro Hac Vice*, in order to appear as counsel for Charlie Javice in the above captioned action.

    I am a member in good standing of the District of Columbia bar. I have never been convicted of a felony and there are no pending disciplinary proceedings against me in any federal or state court.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: September 30, 2024

                                      Respectfully submitted,

                                      _____
                                      Ronald S. Sullivan Jr., Esq.
                                      Ronald Sullivan Law PLLC
                                      1300 I Street NW, Suite 400E
                                      Washington, DC 20005
                                      (202) 313-8313
                                      rsullivan@ronaldsullivanlaw.com