UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-251 (AKH)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Ellen Shapiro of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, with offices located at 919 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Charlie Javice in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
January 2, 2025

By: _____
Ellen Shapiro
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
919 Third Avenue
New York, NY 10022
Tel: (212) 935-3000
Email: eshapiro@mintz.com