UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-251 (AKH)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF EÓIN P. BEIRNE** |

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto, and pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eóin P. Beirne, Esq., hereby move this court for an Order for admission to practice Pro Hac Vice, in order to appear as counsel for Charlie Javice in the above captioned action.

I am a member in good standing of the State Bar of Massachusetts. I have never been convicted of a felony and there are not pending disciplinary proceedings against me in any federal or state court. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: January 2, 2025

Respectfully submitted,

By: _____
Eóin P. Beirne
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Email: epbeirne@mintz.com

**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**

FOR SUFFOLK COUNTY

JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

December 20, 2024

Attorney Eoin Padraig Beirne
Stephen Wright
One Financial Center
Boston , MA  02111
swright@mintz.com

IN RE:      CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Eoin Padraig Beirne .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   jr
Clearance:  12/20/2024 12.19.2024
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 13, 2004**, said Court being the highest Court of Record in said Commonwealth:

## Eoin Padraig Beirne

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twentieth** day of **December** in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-CR-251 (AKH)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |

I, Eóin P. Beirne, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, counsel for defendant Charlie Javice in the above-captioned action.

2. I submit this declaration in support of my motion to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, which was issued within the past 30 days, I am a member in good standing of the State of Massachusetts. My state bar number is 660885.

4. I have no disciplinary proceedings pending against me in any federal or state court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am familiar with the standards of processional conduct imposed on members of the New York bar, including the rules governing the conduct of attorneys and the New York Rules of Professional Conduct. I will abide by those standards in the representation of the Defendant in this case.

WHEREFORE, I respectfully request that the Court grant this motion for my admission *pro hac vice* in the above captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this second day of January 2025, in Waitsfield, Vermont, USA.

By: _____
Eóin P. Beirne

STATE OF VERMONT
WASHINGTON COUNTY, SS

At Waitsfield this 2nd day of January, 2025, Eóin P. Beirne personally appeared before me under oath and acknowledged this instrument, by him sealed and subscribed, to be his free act and deed and further that the statements made herein are true, correct and complete to the best of his knowledge and belief. Before Me,

_____
Notary Public

Jennifer H. Blomback
Notary Public - State of Vermont
Commission #157.0004304
Expiration: 01/31/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-CR-251 (AKH)<br><br>**[PROPOSED] ORDER OF ADMISSION *PRO HAC VICE* OF EÓIN P. BEIRNE** |

The motion for the admission of **Eóin P. Beirne**, Esq., to practice *Pro Hac Vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the State Bar of Massachusetts, and that his contact information is as follows:

> <u>Applicant's Name:</u> Eóin P. Beirne
> <u>Firm Name:</u> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
> <u>Address:</u> One Financial Center, Boston, MA 02111
> <u>Telephone:</u> 617-542-6000
> <u>Email:</u> epbeirne@mintz.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Charlie Javice in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: _____

United States District Judge