**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>Defendants. | 23-cr-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that Jonathan D. Cogan of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

     I hereby certify that I am admitted to practice before this court.

Dated: January 10, 2025
       New York, New York

                                         By: */s/ Jonathan D. Cogan*
                                            Jonathan D. Cogan
                                            KOBRE & KIM LLP
                                            800 Third Avenue
                                            New York, NY 10022
                                            Tel.: (212) 488-1206
                                            Fax: (212) 488-1220
                                            Email: Jonathan.Cogan@kobrekim.com

                                            *Counsel for Defendant Olivier Amar*