UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | **DECLARATION OF DAVID M. SIEGAL**<br><br>Case No.: 1:23-cr-00251-AKH |

I, David M. Siegal, declare pursuant to 28 U.S.C. § 1746 and Local Criminal Rule 16.1:

1. I am a Member of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys for Defendant Charlie Javice in the above-captioned action.

2. I submit this declaration in support of Ms. Javice's Motion to Sever (ECF 184).

3. █████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████

4. For general context, the Superseding Indictment charges, among other things, that Ms. Javice and Mr. Amar conspired to defraud JP Morgan Chase ("JPMC") and other potential acquirors of the company Ms. Javice founded, by making false and misleading representations about the company's core metrics and overall value. ████████████████
███████████████████████████████████████████
███████████████████████

1

5. ███████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█ █ █ █ █ █ █ █ █ █ █ █ █ █ █
███████████████████████████████████
████████████████████████████

6. ████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████████

7. ████████████████████████████
███████████████████████████████████
████████████████████

8.     Counsel for Mr. Amar has informed me they do not oppose Ms. Javice's motion to sever, and they do not oppose an expedited briefing schedule that allows for argument on the Motion no later than January 17, 2025.

* * *

I declare under the penalty of perjury that the foregoing statements are true and correct.

Executed on January 10, 2024

                                                            */s/ David M. Siegal*  
                                                            David M. Siegal

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I caused a copy of the foregoing document to be served via ECF on counsel of record.

                                                                */s/ Sara C. Clark*
                                                                Sara C. Clark