

## Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Fri, Jan 10, 2025 at 4:39 PM
Reply-To: help_desk@nysd.uscourts.gov
To: admin@baezlawfirm.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 3866804
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYSDC-30442277
Approval Code: 173895
Card Number: ▇▇▇▇▇▇▇▇
Date/Time: 01/10/2025 04:39:56 ET

NOTE: This is an automated message. Please do not reply