*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 13, 2025

**BY ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Charlie Javice and Olivier Amar, S1 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    The Government has reviewed defendant Charlie Javice's motion to sever and respectfully requests one week from today to file its opposition, *i.e.*, by January 20, 2025.

                              Respectfully submitted,

                              MATTHEW PODOLSKY
                              Chief Counsel to the Acting United States Attorney
                              Acting under Authority Conferred by 28 U.S.C. § 515

                    By:    /s/
                              Rushmi Bhaskaran
                              Nicholas Chiuchiolo
                              Micah F. Fergenson
                              Georgia V. Kostopoulos
                              Assistant United States Attorneys
                              (212) 637-2439 / -1247 / -2190 / -2212

cc: Counsel of record (by email and ECF)