*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 13, 2025

**BY ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Government shall file its opposition by January 17, 2025. Reply is due by January 21, 2025. A hearing will be held on the motion to sever on January 23, 2025 at 10:00 a.m.
> SO ORDERED.
> 1.13.25 /s/ Alvin K. Hellerstein

Re:  United States v. Charlie Javice and Olivier Amar, S1 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

The Government has reviewed defendant Charlie Javice's motion to sever and respectfully requests one week from today to file its opposition, *i.e.*, by January 20, 2025.

Respectfully submitted,

MATTHEW PODOLSKY
Chief Counsel to the Acting United States Attorney
Acting under Authority Conferred by 28 U.S.C. § 515

By:  /s/
Rushmi Bhaskaran
Nicholas Chiuchiolo
Micah F. Fergenson
Georgia V. Kostopoulos
Assistant United States Attorneys
(212) 637-2439 / -1247 / -2190 / -2212

cc: Counsel of record (by email and ECF)