# Exhibit C

|  | Raw Count (Google Analytics) | Adjust1 | Adjust2 | (All Students) - Adjust3 | (FAFSA Students) - Adjust4 |
|---|---|---|---|---|---|
| Nov-16 | 0 | 0 | 0 | 0 | 0 |
| Dec-16 | 0 | 0 | 0 | 0 | 0 |
| Jan-17 | 0 | 0 | 0 | 0 | 0 |
| Feb-17 | 0 | 0 | 0 | 0 | 0 |
| Mar-17 | 1,153 | 1,142 | 723 | 723 | 543 |
| Apr-17 | 18,111 | 14,052 | 14,052 | 14,052 | 14,030 |
| May-17 | 31,251 | 24,197 | 24,197 | 24,197 | 24,197 |
| Jun-17 | 33,959 | 25,708 | 25,708 | 25,708 | 25,708 |
| Jul-17 | 36,441 | 27,855 | 27,855 | 27,855 | 27,380 |
| Aug-17 | 3,770 | 3,289 | 3,289 | 3,289 | 424 |
| Sep-17 | 8,300 | 7,310 | 7,310 | 7,310 | 4,420 |
| Oct-17 | 75,907 | 68,067 | 68,067 | 34,034 | 34,034 |
| Nov-17 | 78,900 | 67,213 | 43,621 | 43,621 | 39,885 |
| Dec-17 | 28,839 | 23,463 | 23,463 | 23,463 | 20,717 |
| Jan-18 | 69,088 | 55,856 | 55,856 | 55,856 | 47,623 |
| Feb-18 | 19,159 | 14,962 | 14,962 | 14,962 | 12,754 |
| Mar-18 | 5,113 | 4,107 | 4,107 | 4,107 | 1,411 |
| Apr-18 | 1,369 | 783 | 783 | 783 | 532 |
| May-18 | 465 | 268 | 268 | 268 | 196 |
| Jun-18 | 377 | 255 | 255 | 255 | 212 |
| Jul-18 | 465 | 345 | 345 | 345 | 282 |
| Aug-18 | 565 | 437 | 437 | 437 | 377 |
| Sep-18 | 1,543 | 1,309 | 1,309 | 1,309 | 993 |
| Oct-18 | 4,307 | 3,922 | 3,922 | 3,922 | 3,555 |
| Nov-18 | 2,228 | 1,838 | 1,838 | 1,838 | 1,724 |
| Dec-18 | 2,655 | 2,152 | 2,152 | 2,152 | 2,127 |
| Jan-19 | 2,362 | 1,916 | 1,916 | 1,916 | 1,490 |
| Feb-19 | 5,397 | 4,628 | 4,628 | 4,628 | 3,274 |
| Mar-19 | 6,361 | 5,311 | 5,311 | 5,311 | 3,525 |
| Apr-19 | 8,355 | 7,064 | 7,064 | 7,064 | 4,447 |
| May-19 | 8,873 | 7,620 | 7,620 | 7,620 | 5,178 |
| Jun-19 | 10,230 | 8,992 | 8,992 | 8,992 | 5,954 |
| Jul-19 | 16,892 | 14,963 | 14,963 | 14,963 | 10,018 |
| | **482,435** | **399,024** | **375,013** | **340,980** | **297,010** |