**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>Defendants. | 23-cr-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Matthew I. Menchel of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

I hereby certify that I am admitted to practice before this court.

Dated: January 15, 2025
        New York, New York

By: *Matthew Menchel*
Matthew I. Menchel
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel.: (305) 967-6108
Fax: (212) 488-1220
Email: Matthew.Menchel@kobrekim.com

*Counsel for Defendant Olivier Amar*