UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No.  1:23-CR-251 (AKH)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK K. KORODY, ESQ.** |

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificates of Good Standing annexed thereto, and pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick K. Korody Esq., hereby move this court for an Order for admission to practice *Pro Hac Vice*, in order to appear as counsel for Charlie Javice in the above captioned action.

I am a member in good standing of the State Bar of Florida. I have never been convicted of a felony and there are no pending disciplinary proceedings against me in any federal or state court.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: January 17th, 2025.              Respectfully submitted,

*/s/ Patrick K.  Korody*
Patrick K. Korody
Korody Law, PA / Of Counsel to Baez Law Firm
118 W. Adams Street,
Ste 500,
Jacksonville, FL 32202
PH: (904) 383-7261
patricsk@Korodylaw.com