UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | 23-cr-251-AKH |

**DEFENDANT OLIVIER AMAR'S RESPONSE TO DEFENDANT CHARLIE JAVICE'S MOTION TO EXCLUDE THE TESTIMONY OF** ███████

Defendant Charlie Javice has moved to preclude the Government from calling Frank's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as a witness in this case. ECF No. 196. Defendant Olivier Amar takes no position with respect to the relief Ms. Javice seeks. For the avoidance of doubt, however, Mr. Amar wishes to inform the Court that he views ▮▮▮▮ as an important witness to his defense. Accordingly, should the Government be barred from calling ▮▮▮▮, Mr. Amar reserves the right to call him, including (but not limited to) for the reasons set forth in Defendants' opposition to the Government's motion to exclude Defendants' advice of counsel defense.

Dated: January 27, 2025

Respectfully submitted,

**KOBRE & KIM LLP**

<u>/s/ Jonathan D. Cogan</u>
Jonathan D. Cogan
Sean S. Buckley
Alexandria E. Swette
800 Third Ave
New York, New York 10022
Tel: (212) 488-1200
Jonathan.Cogan@kobrekim.com
Sean.Buckley@kobrekim.com
Alexandria.Swette@kobrekim.com

Jake Rush (pro hac vice forthcoming)
1919 M Street, NW
Washington, DC 20036
Tel: (202) 664-1900
Jake.Rush@kobrekim.com

*Counsel for Defendant Olivier Amar*

1