UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No.: 1:23-cr-00251-AKH<br><br>**DEFENDANT OLIVIER AMAR'S NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated January 27, 2025, and supporting exhibits, that Defendant Oliver Amar, by and through his undersigned counsel, hereby moves this Court, before the Honorable Alvin K. Hellerstein, at the United States Patrick D. Moynihan U.S. Courthouse, 500 Pearl St., New York, New York, on a date and time to be determined by the Court for an Order for compelling the Government's compliance with basic principles of due process, its discovery obligations under Federal Rule of Criminal Procedure 16, as well as its disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972) and their progeny, and for relief narrowly crafted to remedy its failure to so comply.

Dated:  January 27, 2025                          Respectfully submitted,

                                                  **KOBRE & KIM LLP**

                                                  <u>/s/ Alexandria E. Swette</u>
                                                  Alexandria E. Swette
                                                  Sean S. Buckley
                                                  Jonathan D. Cogan
                                                  Steven G. Kobre
                                                  Daisy Joo
                                                  800 Third Ave
                                                  New York, New York 10022
                                                  Tel: (212) 488-1200
                                                  Alexandria.Swette@kobrekim.com
                                                  Sean.Buckley@kobrekim.com
                                                  Jonathan.Cogan@kobrekim.com
                                                  Steven.Kobre@kobrekim.com
                                                  Daisy.Joo@kobrekim.com

                                                  Erika L. Berman (pro hac vice forthcoming)
                                                  1919 M Street, NW
                                                  Washington, DC 20036
                                                  Tel: (202) 664-1900
                                                  Erika.Berman@kobrekim.com

                                                  *Counsel for Defendant Olivier Amar*