# EXHIBIT D



**From:** Bashago, Sidney <sidney.bashago@davispolk.com>
**Sent:** Monday, July 1, 2024 5:40 PM
**To:** 'Samuel Nitze' <samuelnitze@quinnemanuel.com>; Andres, Greg D. <greg.andres@davispolk.com>; Hines, Christian <christian.hines@davispolk.com>; Swan, Katherine <katherine.swan@davispolk.com>; Adler, Michelle <michelle.adler@davispolk.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>; JP Kernisan <jpkernisan@quinnemanuel.com>; Steve G. Kobre <Steven.Kobre@KobreKim.com>; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Alexandria Swette <Alexandria.Swette@kobrekim.com>; Ana Frischtak <Ana.Frischtak@kobrekim.com>; Jake Rush <Jake.Rush@kobrekim.com>; Sara Clark <saraclark@quinnemanuel.com>; Erica Perdomo <ericaperdomo@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Jenny Braun <jennybraun@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: U.S. v. Javice, Ltr. requesting preservation of/access to Google data

Dear Quinn, Kobre teams,

Thank you for the letter.  We can confirm we have taken steps to preserve the Google Analytics data.

As discussed, given that we do not yet have your portion of the joint submission, we will not at this point be able to meet the court's July 3 deadline.  We intend to ask the court for an extension and we can combine that with a request to have the July 11 hearing date moved as well, particularly given the upcoming holiday.  Please let us know if you will consent to that request.

Best regards,

Sidney

**Sidney Bashago**

**Davis Polk & Wardwell** LLP
+1 212 450 4826 office
+1 917 445 3870 mobile
sidney.bashago@davispolk.com

---

**From:** Samuel Nitze <samuelnitze@quinnemanuel.com>
**Sent:** Sunday, June 30, 2024 4:33 PM
**To:** Andres, Greg D. <greg.andres@davispolk.com>; Bashago, Sidney <sidney.bashago@davispolk.com>; Hines, Christian <christian.hines@davispolk.com>; Swan, Katherine <katherine.swan@davispolk.com>; Adler, Michelle <michelle.adler@davispolk.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>; JP Kernisan <jpkernisan@quinnemanuel.com>; steven.kobre@kobrekim.com; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Alexandria Swette <Alexandria.Swette@kobrekim.com>; Ana Frischtak <Ana.Frischtak@kobrekim.com>; Jake Rush <Jake.Rush@kobrekim.com>; Sara Clark <saraclark@quinnemanuel.com>; Erica Perdomo <ericaperdomo@quinnemanuel.com>; Neil Phillips <neilphillips@quinnemanuel.com>; Jenny Braun <jennybraun@quinnemanuel.com>
**Subject:** U.S. v. Javice, Ltr. requesting preservation of/access to Google data

Dear Greg and DPW team,

Please see the attached letter regarding (urgent) preservation of and access to Google data.

Best regards,

Sam

**Samuel P. Nitze**
*Partner*

**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7074 (Direct)
718-541-9914 (Mobile)
212-849-7100 (Fax)

samuelnitze@quinnemanuel.com

www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.