# EXHIBIT E



**From:** McLeod, Dina (USANYS) <Dina.McLeod@usdoj.gov>
**Sent:** Tuesday, July 23, 2024 11:14 AM
**To:** Samuel Nitze <samuelnitze@quinnemanuel.com>; alexspiro@quinnemanuel.com; Sean S. Buckley <Sean.Buckley@kobrekim.com>; Steve G. Kobre <Steven.Kobre@KobreKim.com>; Alexandria Swette <Alexandria.Swette@kobrekim.com>; Jenny Braun <jennybraun@quinnemanuel.com>
**Cc:** Bhaskaran, Rushmi (USANYS) <Rushmi.Bhaskaran@usdoj.gov>; Chiuchiolo, Nicholas (USANYS) <Nicholas.Chiuchiolo@usdoj.gov>
**Subject:** [EXTERNAL] US v. Javice/Amar, 21 Cr. 251 (AKH)

Counsel,

We wanted to let you know that JPMC recently gained access to Frank's Google Analytics database. They have been working on capturing the data in that database and will produce that data to the Government once the process is complete. We understand that the data captured so far (which amounts to the vast majority of the data) is approximately 9 GB.

We don't yet have a timeframe for that production to the Government, but will produce promptly once we receive it. If we receive additional information regarding the timeline for the expected production, we will let you know.

Best,

Dina McLeod
Deputy Chief, Complex Frauds and Cybercrime Unit
United States Attorney's Office

Southern District of New York
Tel: (212) 637-1040
Dina.McLeod@usdoj.gov