# EXHIBIT F



**From:** McLeod, Dina (USANYS) <Dina.McLeod@usdoj.gov>
**Sent:** Friday, September 6, 2024 5:02 PM
**To:** Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Victoria R. Fordin <Victoria.Fordin@kobrekim.com>; samuelnitze@quinnemanuel.com; ericaperdomo@quinnemanuel.com; Noam Cooper Katz <Noam.Katz@kobrekim.com>; Bhaskaran, Rushmi (USANYS) <Rushmi.Bhaskaran@usdoj.gov>; Kostopoulos, Georgia (USANYS) <Georgia.Kostopoulos@usdoj.gov>; Chiuchiolo, Nicholas (USANYS) <Nicholas.Chiuchiolo@usdoj.gov>
**Subject:** [EXTERNAL] RE: 23 Cr. 251 (AKH)

Alex,

Please see the below responses to your questions.

1. The method by which JPMC collected Frank's Google Analytics data, including any vendors or individuals at JPMC who participate in the collection and preservation of Frank's Google Analytics data.

    - **EY, acting at the direction of counsel, completed a forensic collection of the GA data.**

2. The dates on which JPMC collected the Google Analytics data and documents recently produced to SDNY.

    - **EY collected the data in June/July 2024.**

3. Whether the Government or JPMC maintains a local copy of Frank's Google Analytics dashboard.

   - **It is a little unclear what you mean by a "local copy" of a "Google Analytics dashboard."  JPMC has the data that was produced to the Government in the same form as it was produced to the Government (and then to the defendants).  The Government has the data only in the form that was produced by JPMC.**

4. Whether the Frank Google Analytics dashboard was accessed through an *administrator's* account or an *individual's* account.
   A. **EY collected the data through administrator accounts.**

5. Whether JPMC retains access to individual Google Analytics user accounts.
   A. **JPMC no longer has access to the Google Analytics accounts. Google recently discontinued its Universal Analytics feature and no longer maintains historical data for this platform.**
   B. It is our understanding that certain Google Analytics data is stored at the *user* level and may not be viewable through an *administrative* export. Please identify all individual users who had access to Google Analytics for Frank and produce the user level account data (including any annotations) associated with any of those accounts, including:
      i. **Previously available detail on individual Google Analytics accounts were included in the production to the defendants (JPMC 01206416 – 06446).**

Best,

Dina McLeod
Co-Chief, Complex Frauds and Cybercrime Unit
United States Attorney's Office
Southern District of New York
Tel:  (212) 637-1040
Dina.McLeod@usdoj.gov

---

**From:** Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Sent:** Wednesday, September 4, 2024 6:51 PM
**To:** McLeod, Dina (USANYS) <DMcLeod@usa.doj.gov>; Chiuchiolo, Nicholas (USANYS) <NChiuchiolo@usa.doj.gov>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Victoria R. Fordin <Victoria.Fordin@kobrekim.com>; samuelnitze@quinnemanuel.com; ericaperdomo@quinnemanuel.com; Noam Cooper Katz <Noam.Katz@kobrekim.com>
**Subject:** [EXTERNAL] 23 Cr. 251 (AKH)

Dina,

We write to follow up on your recent Rule 16 production of Google Analytics data from J.P. Morgan Chase. We have conferred with counsel for the Bank, who directed us to the Government for further clarification. Could you please confirm the following:

1. The method by which JPMC collected Frank's Google Analytics data, including any vendors or individuals at JPMC who participate in the collection and preservation of Frank's Google Analytics data.

2. The dates on which JPMC collected the Google Analytics data and documents recently produced to SDNY.

3. Whether the Government or JPMC maintains a local copy of Frank's Google Analytics dashboard.

4. Whether the Frank Google Analytics dashboard was accessed through an *administrator's* account or an *individual's* account.

5. Whether JPMC retains access to individual Google Analytics user accounts.
    A. It is our understanding that certain Google Analytics data is stored at the *user* level and may not be viewable through an *administrative* export. Please identify all individual users who had access to Google Analytics for Frank and produce the user level account data (including any annotations) associated with any of those accounts, including:
        i. Olivier Amar
        ii. Jen Wong
        iii. Bonnie Stefanick

We are available to meet and confer regarding the above questions at your earliest convenience.

Thanks,
Alex


Alexandria Swette
+1 212 488 4917



[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.