UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

CHARLIE JAVICE and OLIVIER AMAR,

        Defendants.

Case No.: 1:23-cr-00251-AKH

## DEFENDANT CHARLIE JAVICE'S NOTICE OF JOINDER

On January 27, 2025, Oliver Amar filed his Motion to Compel Disclosure and for Sanctions and accompanying memorandum of law. ECF Nos. 231, 232. Ms. Javice hereby gives notice that she joins the arguments and authorities cited in Mr. Amar's Memorandum of Law in support of his Motion to Compel Disclosure and for Sanctions and incorporates by reference her arguments in ECF Nos. 48, 51, 58. Ms. Javice respectfully requests the same relief sought in Mr. Amar's motion and the following additional relief as detailed below.

Should the Court grant the Motion in whole or in part with respect to requiring the production of additional communications, documents and other materials pursuant to the government's obligations under Rule 16, *Brady v. Maryland,* 373 U.S. 83 (1963) and *Giglio v. United States,* 405 U.S. 150 (1972) and their progeny, the Jencks Act (18 U.S.C. § 3500), or otherwise, Ms. Javice requests an adjournment of the trial date commensurate to the volume of such additional disclosures sufficient to ensure Ms. Javice's constitutional right to a fair trial. This continuance is necessary to bring the government into compliance with its constitutional obligations to Ms. Javice, and to give Ms. Javice a meaningful opportunity to review this previously hidden discovery to protect her Sixth Amendment right to effective assistance of counsel. *Delaware v. Van Arsdall,* 475 U.S. 673, 680 (1986); *accord United States v. Canter*, 338

F. Supp. 2d 460, 462 (S.D.N.Y. 2004) (agreeing impeachment materials, including prior witness statements, must be produced to the defendant pretrial noting that that is the "practice of this Court and of other courts in this district").

For these reasons, and those set forth in Mr. Amar's Motion to Compel Disclosure and for Sanctions and in ECF Nos. 48, 51, 58, Ms. Javice respectfully requests the Court grant Mr. Amar's motion and grant the relief sought in the instant filing.

Respectfully submitted,

Dated: January 28, 2025

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By: */s/ Sara C. Clark*

Sara Clark (*pro hac vice*)
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7100
saraclark@quinnemanuel.com

Erica Perdomo (*pro hac vice*)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
ericaperdomo@quinnemanuel.com

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, P.C.**

David Siegal
Ellen Shapiro
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
dmsiegal@mintz.com
eshapiro@mintz.com

**BAEZ LAW FIRM**

Jose Baez (*pro hac vice*)
Rosemarie E.W. Peoples (*pro hac vice*)
1200 Brickell Avenue
Miami, FL 33131
Telephone: (305)-999-5100
jose@baezlawfirm.com
rosemarie@baezlawfirm.com

**RONALD SULLIVAN PLLC**

Ronald Sullivan (*pro hac vice*)
1300 I Street NW, Suite 400E
Washington, DC 20005
Telephone: (202) 313-8313
rsullivan@ronaldsullivanlaw.com

Eóin P. Beirne (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000                    *Counsel for Defendant Charlie Javice*
epbeirne@mintz.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2025, I caused a copy of the foregoing document to be served via ECF on counsel of record.

By: *<u>/s/ Sara C. Clark</u>*
        Sara. C. Clark