UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                           :
UNITED STATES OF AMERICA,           :
                                                           :     **ORDER REGULATING**
           -against-                        :     **PROCEEDINGS**
                                                           :
CHARLIE JAVICE and OLIVIER AMAR,   :     23 Crim. 251 (AKH)
                                                           :
                               Defendants.     :
                                                           :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government shall file its responses to the motion to suppress, ECF No. 225, and the motion to compel, ECF No. 231, by Friday, January 31, 2025. Replies, if any, shall be filed by February 3, 2025 at 12:00 noon. Oral arguments on the motions will be heard at the final pretrial conference, scheduled for February 4, 2025 at 10:00 a.m.

        SO ORDERED.

Dated:    January 28, 2025                          /s/ Alvin K. Hellerstein
             New York, New York                 ALVIN K. HELLERSTEIN
                                                               United States District Judge