**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

January 29, 2025

**BY ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Courtroom 14D
500 Pearl St.
New York, NY 10007

Re:     United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

JPMorgan Chase Bank, N.A. respectfully requests leave to file a response to Defendants' Motion to Compel, (Dkt. No. 237), no later than Tuesday, February 11, 2025, pursuant to Local Criminal Rule 49.1. *See* Local Crim. Rule 49.1 (providing that, "[u]nless otherwise provided by statute or rule, or unless ordered otherwise by the court in a judge's individual practices or in a direction in a particular case, . . . "[a]ny opposing papers must be filed within 14 days after service of the motion papers").

Respectfully submitted,

Leave granted. Opposition papers, by JPMC and by the government, to be filed by Friday, January 31, 2025. Reply by noon on Monday, February 3, 2025. JPMC is invited to attend the FPTC scheduled for February 4, 2025 at 10:00 a.m. for oral arguments on this motion.
SO ORDERED.
1/29/25
[signature]

/s/ Greg D. Andres
Greg D. Andres
Sidney Bashago
Katherine Swan
Michelle Adler
Christian Hines
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
greg.andres@davispolk.com
sidney.bashago@davispolk.com
katherine.swan@davispolk.com
michelle.adler@davispolk.com
christian.hines@davispolk.com

*Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)