UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | 23-cr-00251-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jay Y. Mandel of Kobre & Kim LLP, with offices located at 800 Third Ave., New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

I hereby certify that I am admitted to practice before this court.

Dated:  February 3, 2025
         New York, New York

**KOBRE & KIM LLP**

*/s/ Jay Y. Mandel*
Jay Y. Mandel
800 Third Ave.
New York, NY 10022
Tel: (212) 488-4938
Fax: (212) 488-1220
Email: Jay.Mandel@kobrekim.com

*Counsel for Defendant Olivier Amar*