# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Erika Lynn Berman

was admitted to practice as an attorney and counsellor at the bar of this Court on December 9, 2015.

I further certify that so far as the records of this office are concerned, Erika Lynn Berman is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 24th day of January

A.D. 2025

By: _Erika Tajalic_

_Deputy Clerk_