UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | 23-cr-00251-AKH |

**DECLARATION OF GREG D. ANDRES IN SUPPORT OF THE MOTION TO QUASH DEFENDANTS' RULE 17(C) SUBPOENAS**

I, **GREG D. ANDRES**, hereby declare as follows:

1. I am a member of the law firm Davis Polk & Wardwell LLP, attorneys for nonparty JPMorgan Chase Bank, N.A. ("JPMC"). I make this declaration in support of nonparty JPMC's Motion to Quash Defendants' Rule 17(c) Subpoenas, dated February 3, 2025 (the "Motion to Quash").

2. I submit this declaration to place before the Court true and correct copies of the following documents cited in JPMC's Memorandum of Law in support of the Motion to Quash:

| Exhibit A | Subpoena issued to JPMC by Defendant Charlie Javice pursuant to Fed. R. Crim. P. 17(c), dated January 13, 2025 |
|---|---|
| Exhibit B | Subpoena issued to JPMC by Defendant Charlie Javice pursuant to Fed. R. Crim. P. 17(c), dated January 29, 2025 |

I swear under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 3, 2025

/s/ *Greg D. Andres*
Greg D. Andres

2