AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 CR 251 (AKH) |
| CHARLIE JAVICE AND OLIVIER AMAR | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OLIVIER AMAR                                                                                            .

Date:   02/16/2025                                         Renato C. Stabile
                                                                    *Attorney's signature*

                                                                    Renato C. Stabile (RS8925)
                                                                    *Printed name and bar number*
                                                                    580 Broadway, Suite 600
                                                                    New York, NY  10012

                                                                    *Address*

                                                                    rstabile@dubinconsulting.com
                                                                    *E-mail address*

                                                                    (917) 204-0181
                                                                    *Telephone number*

                                                                    (646) 222-3499
                                                                    *FAX number*