**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

    v.

CHARLIE JAVICE, and
OLIVIER AMAR,

     Defendants.

23-cr-00251-AKH

**NOTICE OF APPEARANCE**

---

   PLEASE TAKE NOTICE that Daisy Joo of Kobre & Kim LLP, with offices located at 800 Third Avenue, New York, NY 10022, hereby appears on behalf of Defendant Olivier Amar in the above-captioned matter.

   I hereby certify that I am admitted to practice before this court.

Dated: February 17, 2025
    New York, New York

        By: *Daisy Joo*
        Daisy Joo
        KOBRE & KIM LLP
        800 Third Avenue
        New York, NY 10022
        Tel.: (347) 705-7773
        Fax: (212) 488-1220
        Email: Daisy.Joo@kobrekim.com

        *Counsel for Defendant Olivier Amar*