**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No.  1:23-CR-251 (AKH)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**KIRSTEN R. NELSON** |

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificates of Good Standing annexed thereto, and pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kirsten R. Nelson, Esq., hereby move this court for an Order for admission to practice *Pro Hac Vice*, in order to appear as counsel for Charlie Javice in the above captioned action.

I am a member in good standing of the State Bars of Maryland and the District of Columbia. I have never been convicted of a felony and there are no pending disciplinary proceedings against me in any federal or state court. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: February 18, 2025

Respectfully submitted,

*/s/ Kirsten R. Nelson*

Kirsten R. Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
305-402-4880
kirstennelson@quinnemanuel.com