UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-CR-251 (AKH)<br><br>**[PROPOSED] ORDER OF ADMISSION *PRO HAC VICE* OF KIRSTEN R. NELSON** |

The motion for the admission of **Kirsten R. Nelson**, Esq., to practice *Pro Hac Vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that she is a member in good standing of the Maryland and District of Columbia Bars, and that her contact information is as follows:

> Applicant's Name: Kirsten R. Nelson
> Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
> Address: 2601 South Bayshore Dr, Suite 1550, Miami, FL 33133
> Telephone: 305-402-4880
> Email: kirstennelson@quinnemanuel.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Charlie Javice in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                         United States District Judge