**Davis Polk**

Greg D. Andres
+1 212 450 4724
greg.andres@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

February 19, 2025

**BY ECF & FAX**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

Re:     United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

J.P. Morgan Chase Bank, N.A. ("JPMC") respectfully submits this letter motion to redact portions of the February 4, 2025 hearing transcript in this matter.  A table of JPMC's proposed redactions appears below, and a copy of the transcript with the proposed redactions is submitted herewith as Exhibit A.

The redactions are necessary to protect the privacy of JPMC's employees.  "[C]ase law holds that [an employee's name] may be redacted where an employee is not a party to action in light of the individual's privacy interests." *Okla. Firefighters Pension & Ret. Sys. v. Musk*, No. 22-CV-3026, 2024 WL 2305264, at *2 (S.D.N.Y. May 20, 2024).

**Proposed Redactions:**

| Page and Line Number |
|---|
| 26:5 |
| 27: 21 |
| 28:12 |
| 35:21-22 |
| 35:22 |
| 36:3 |
| 36:4 |
| 36:6 |

**Davis Polk**    Hon. Alvin K. Hellerstein

                        Respectfully submitted,

                        /s/ Greg D. Andres
                        Greg D. Andres
                        Sidney Bashago
                        Katherine Swan
                        Michelle Adler
                        Christian Hines
                        DAVIS POLK & WARDWELL LLP
                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 450-4000
                        greg.andres@davispolk.com
                        sidney.bashago@davispolk.com
                        katherine.swan@davispolk.com
                        michelle.adler@davispolk.com
                        christian.hines@davispolk.com

                        *Attorneys for Non-Party JPMorgan Chase Bank, N.A.*

cc: All counsel of record (via ECF)