1 produced, holding back which they claim was privileged.

2       MR. SIEGAL:  It's not about privilege, your Honor.

3 Not talking about privilege.

4       THE COURT:  What are you talking about?

5       MR. SIEGAL:  I'm talking about ████████████ which is

6 one of the government's key witnesses in this case.  They've

7 interviewed her four or five times in the last couple of

8 months, and they are prepared to put her on the witness stand.

9 Our view is that her communications undoubtedly have

10 significant amounts of *Brady* and *Giglio* material in them.

11       THE COURT:  How do you know?

12       MR. SIEGAL:  Material that would show --

13       THE COURT:  How do you know?

14       MR. SIEGAL:  Because we know what her job was, and we

15 know what sorts of things she did in her position that would

16 show --

17       THE COURT:  So the government had an obligation under

18 Rule 16 to produce *Giglio* and *Brady* materials.

19       MR. SIEGAL:  We believe -- that's correct, your Honor.

20 But they chose not to obtain them from JP Morgan Chase, even

21 though they were covered by the grand jury subpoena and so our

22 view is that the government and JP Morgan have coordinated to

23 curate the production, so that we would not get that *Brady* and

24 *Giglio* material.  And now the government is hiding behind --

25       (Continued on next page)

1          THE COURT:  What is the basis for that contention?

2          MR. SIEGAL:  Because we don't have them, your Honor.

3    We have strong suspicion that those communications, for

4    example, would show that the bank was well aware --

5          THE COURT:  What is the basis of your strong feelings?

6          What rational basis do you have to say that?

7          MR. SIEGAL:  Rational basis for say what, your Honor?

8          THE COURT:  That there are documents that the

9    government had or should have gotten and didn't turn over.

10         MR. SIEGAL:  I can explain your Honor.

11         THE COURT:  Go ahead.  That is what you are trying to

12   do.

13         MR. SIEGAL:  Your Honor, the government contends that

14   J.P. Morgan was misled into believing that Ms. Javice claimed

15   that she has 4 million e-mail addresses for 4 million customers

16   of Frank, her website.

17         One of the processes that the bank was going to go

18   through immediately after the merger was to send out e-mails to

19   Frank's customer base to get them to either opt in or opt out

20   of J.P. Morgan communicating with them, and an e-mail blast was

21   sent out under the guidance and tutelage of ███████ who was

22   in charge of that project.  In fact, the e-mail blast that went

23   out didn't have even a tenth of that.

24         THE COURT:  A tenth of what?

25         MR. SIEGAL:  A tenth of the e-mails that went out.

1          THE COURT:  Excuse me.  Didn't have a tenth of what?

2          MR. SIEGAL:  The e-mail list to whom they sent

3    e-mails, your Honor, for this opt-in process went to a total of

4    400,000 people, which means that the bank knew instantly after

5    the merger, instantly, that Frank did not or didn't even

6    actually to have 4 million e-mail communication links to its

7    customers.

8          THE COURT:  It doesn't mean anything of the kind.  It

9    could mean anything of the kind.  It could mean anything.

10          MR. SIEGAL:  What it means to us, your Honor, is that

11    J.P. Morgan didn't complain at that time.

12          THE COURT:  Subpoena ████████ and call her as a

13    witness if you think there is anything in that.  This is

14    nonsense.  I am not talking about subpoenaing her documents.

15    This is not civil discovery.  If you think she's got something

16    relevant to say, call her as a witness.

17          MR. SIEGAL:  Your Honor, the point is --

18          THE COURT:  Rule 16 is not a discovery device.

19          MR. SIEGAL:  We understand that, your Honor.  But the

20    government requested these documents by their grand jury

21    subpoena and then coordinated with the bank to only take

22    selected witnesses' e-mail boxes and not hers.

23          THE COURT:  The government's investigation is not an

24    issue here.  The government will have to prove falsity.

25          MR. SIEGAL:  Our point is --

1    THE COURT:  Let me see the notes.

2    MR. SULLIVAN:  Absolutely.

3    THE COURT:  What is the product that you think the

4    government wants to introduce into evidence?

5    MR. SULLIVAN:  I'm sorry, your Honor.  I missed that.

6    THE COURT:  What is the product that the government --

7    I am going back to the original source, not your recapitulation

8    in a memorandum.  I want to see the document that you think the

9    government wants to use and you want me to rule on that

10   document.

11   MR. SULLIVAN:  Yes.

12   May I approach?

13   THE COURT:  Put it up electronically.

14   This is not a document that is being used.  This is a

15   memorandum.

16   MR. SULLIVAN:  They purport to be notes of meetings.

17   They are authorless.  So they are notes of meetings.  They're

18   authorless, no attribution in terms of who is speaking.  It

19   includes all sorts of conclusions and impressions, lay witness

20   impressions.

21   THE COURT:  It seems to be a memo from █████████

22   ███████ to ██████████ and others.

23   I don't know who these people are.

24   MR. SULLIVAN:  All right.

25   Can your Honor see?

1          THE COURT:  You have to orient me.  Assume I know

2    nothing about this case and you know everything about it.  I am

3    just seeing this is a memorandum from ███████████ to others.

4    For whom does ███████████ work?

5          MR. SULLIVAN:  It is a compilation.

6          THE COURT:  For whom does ███████████ work?

7          MR. SULLIVAN:  For JPMC.

8          THE COURT:  And he's sending it to other people at

9    JPMC, J.P. Morgan?

10          MR. SULLIVAN:  Correct, your Honor.

11          THE COURT:  What is he sending?

12          MR. SULLIVAN:  It purports to be a set of notes.  It

13    is a compilation of notes that various people took.  It's

14    unclear who said what at these meetings.

15          THE COURT:  Does the government intend to use this?

16          MS. BHASKARAN:  Your Honor, may I speak from here, or

17    shall I take the podium.

18          THE COURT:  You are right there.  Does the government

19    intend to use this?

20          MS. BHASKARAN:  Yes, we do.

21          THE COURT:  How can you use this?  It's one Chase

22    employee to another.

23          MS. BHASKARAN:  Your Honor, these constitute notes

24    which are business records that contain the defendants'

25    statements.