## Neil Phillips

**From:** Neil Phillips
**Sent:** Thursday, May 30, 2024 12:45 PM
**To:** Neil Phillips
**Subject:** KOSTAS NOTES - ATTORNEY WORK PRODUCT - JAVICE

"generate additional information about" [redacted]

[redacted]

"Data augmentation based on synthetic data analysis." [redacted]

[redacted]

[redacted]

*PRIVILEGED & CONFIDENTIAL*

*ATTORNEY WORK PRODUCT*

Call with Kostas Psounis – Eoin & Erin – 11/25/24

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

*PRIVILEGED & CONFIDENTIAL*

*ATTORNEY WORK PRODUCT*

[redacted]

So there is in GA some definitions important. They have something they call "users" – they count each individual person who visits the site but do it regardless of how many times. So in an effort to figure out the counts they're reporting in data traces should not be treated as unique. To figure out unique, use client ID. Client ID is basically a cookie set by Google and it has been used to essentially monitor what is going on. It reduces double counting significantly but a little bit of double counting still because it's unique to device's browser (so my phone Safari and laptop Chrome will generate two different IDs).

[redacted]

*PRIVILEGED & CONFIDENTIAL*

*ATTORNEY WORK PRODUCT*

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

*PRIVILEGED & CONFIDENTIAL*

*ATTORNEY WORK PRODUCT*

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**CJXP000005**

*PRIVILEGED & CONFIDENTIAL*

*ATTORNEY WORK PRODUCT*

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]