**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402 4880 FAX (305) 901 2975

February 24, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Defendant Charlie Javice ("Ms. Javice") respectfully requests to file a response to the government's Motion to Compel 26.2 Materials and to Preclude Expert Witnesses, (Dkt. 286), no later than March 3, 2025, pursuant to Local Criminal Rule 49.1. *See* Local Crim. Rule 49.1 ("Unless otherwise provided by statute or rule, or unless ordered otherwise by the court in a judge's individual practices or in a direction in a particular case, . . . [a]ny opposing papers must be filed within 14 days after service of the motion papers.").

Respectfully submitted,

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By: /s/ Erica Perdomo
Erica Perdomo (*pro hac vice*)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
ericaperdomo@quinnemanuel.com