UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR<br><br>Defendants. | 23 Cr. 251 (AKH) |

## DEFENDANT OLIVIER AMAR'S NOTICE OF JOINDER

Defendant Mr. Amar joins in the arguments advanced by Ms. Javice in her Motion for Reconsideration to Permit Cross-Examination On Issues of Witness Credibility Pursuant to Binding Precedent. ECF No. 288. This motion is particularly ripe with respect to third-party witness, Houston Cowan, a former LionTree employee who is on cross-examination today. Mr. Amar respectfully requests that the Court grant Ms. Javice's motion and grant the same relief to Mr. Amar as is requested by Ms. Javice.

Dated:  February 25, 2025
       New York, New York

Respectfully submitted,

*/s/ Sean S. Buckley*

**KOBRE & KIM LLP**

Sean S. Buckley
Alexandria E. Swette
Jonathan D. Cogan
Michael Cinnamon
800 Third Ave.
New York, NY 10022
Tel: (212) 488-1200
Sean.Buckley@kobrekim.com

Alexandria.Swette@kobrekim.com
Jonathan.Cogan@kobrekim.com
Michael.Cinnamon@kobrekim.com

Matthew I. Menchel
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Tel: (305) 967 6100
Matthew.Menchel@kobrekim.com

Erika L. Berman (admitted pro hac vice)
1919 M Street, NW
Washington, DC 20036
Tel: (202) 664-1900
Erika.Berman@kobrekim.com

*Counsel for Defendant Olivier Amar*