# Exhibit A

# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

February 25, 2025

**BY ELECTRONIC MAIL**

Rushmi Bhaskaran
Nicholas Chiuchiolo
Micah Fergenson
Georgia Kostopoulos
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
rushmi.bhaskaran@usdoj.gov
nicholas.chiuchiolo@usdoj.gov
micah.fergenson@usdoj.gov
georgia.kostopoulos@usdoj.gov

Re:   *United States v. Charlie Javice and Olivier Amar*,
      **23 Cr. 251 (AKH)**

Dear Counsel:

We write on behalf of Defendant Olivier Amar to update a representation that we made at a hearing before the Court on January 23, 2025, regarding the Government's request for production of Rule 17(c) subpoena returns from Zoom. While Mr. Amar does not currently plan to use the returns at trial, either in his case-in-chief or for impeachment purposes, we cannot rule out the possibility that a witness (including, but not limited, to Ms. Wims Morris) will testify in a manner that may cause Mr. Amar to want to use the returns at trial.

Americas (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Caribbean (BVI, Cayman Islands), EMEA (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Respectfully submitted,

*/s/ Sean S. Buckley*
Sean S. Buckley
Jonathan D. Cogan
Alexandria E. Swette
Michael Cinnamon
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel: (212) 488-1200
Sean.Buckley@kobrekim.com
Jonathan.Cogan@kobrekim.com
Alexandria.Swette@kobrekim.com
Michael.Cinnamon@kobrekim.com

Matthew I. Menchel
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Tel: (305) 967-6100
Matthew.Menchel@kobrekim.com

Erika L. Berman (admitted *pro hac vice*)
1919 M Street, NW
Washington, DC 20036
Tel: (202) 664-1900
Erika.Berman@kobrekim.com

*Counsel for Defendant Olivier Amar*

cc: Counsel for Ms. Javice