UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-00251-AKH<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JAKE RUSH** |

The motion of Jake Rush for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing with the Bars of California and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Jake Rush

Firm Name: Kobre & Kim LLP

Address: 1919 M Street NW, Washington, DC 20036

Phone Number / Fax: (202) 664-1909 / (202) 664-1920

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Olivier Amar in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                          _____