UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR,<br><br>Defendants. | Case No. 1:23-cr-00251-AKH<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JAKE RUSH** |

I, Jake Rush, declare pursuant to 28 U.S.C. §1746 as follows:

1. I am an attorney at Kobre & Kim LLP, counsel for Defendant Olivier Amar in the above-captioned matter.

2. I submit this declaration in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member of good standing with the Bars of California and the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

WHEREFORE, I respectfully request that I be permitted to appear as counsel *pro hac vice* in the above-captioned case as counsel for Olivier Amar.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2025　　　　　　　　　　　　*/s/ Jake Rush*
　　　　Washington, D.C.　　　　　　　　　　　　Jake Rush