UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE JAVICE and OLIVIER AMAR<br><br>Defendants. | 23 Cr. 251 (AKH) |

## DEFENDANT OLIVIER AMAR'S NOTICE OF JOINDER

Defendant Amar joins in the arguments advanced by Ms. Javice in her Motion to Exclude Evidence and Testimony from Tani Ochs. ECF No. 303. Mr. Amar respectfully requests that the Court grant Ms. Javice's motion and grant the same relief to Mr. Amar as is requested by Ms. Javice.

Dated:  March 2, 2025
       New York, New York

Respectfully submitted,

*/s/ Sean S. Buckley*

**KOBRE & KIM LLP**

Sean S. Buckley
Alexandria E. Swette
Jonathan D. Cogan
Michael Cinnamon
800 Third Ave.
New York, NY 10022
Tel: (212) 488-1200
Sean.Buckley@kobrekim.com
Alexandria.Swette@kobrekim.com
Jonathan.Cogan@kobrekim.com
Michael.Cinnamon@kobrekim.com

Matthew I. Menchel
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Tel: (305) 967 6100
Matthew.Menchel@kobrekim.com

Erika L. Berman (admitted pro hac vice)
1919 M Street, NW
Washington, DC 20036
Tel: (202) 664-1900
Erika.Berman@kobrekim.com

*Counsel for Defendant Olivier Amar*