UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>CHARLIE JAVICE, and<br>OLIVIER AMAR,<br><br>　　　　　Defendants. | Case No.: 1:23-Cr-00251 (AKH)<br><br>**NON-PARTY GOOGLE LLC'S NOTICE OF MOTION TO QUASH DEFENDANTS' TRIAL SUBPOENAS** |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in support, and the Declaration of Andrew S. Pak, non-party Google LLC, pursuant to Fed. R. Crim. P. 17, will move this Court, before the Honorable Alvin K. Hellerstein at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an Order quashing Defendant Charlie Javice and Defendant Olivier Amar's Rule 17 subpoenas dated February 7, 2025 and February 24, 2025.

Dated:  March 13, 2025
Los Angeles, California

Respectfully Submitted,

PERKINS COIE LLP

*/s/ Andrew S. Pak*
Andrew S. Pak
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel.  212.261.6865
APak@perkinscoie.com

*Attorney for Non-Party Google LLC*