# EXHIBIT 1

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLIE JAVICE and OLIVIER AMAR | ) | Case No.   1:23-Cr-00251 (AKH) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Google LLC, google-legal-support@google.com
19 W. 44th St.
Suites 200 and 201
New York, NY 10036

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | The United States Courthouse<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | Courtroom No.: | 23B |
|---|---|---|---|
| | | Date and Time: | 03/03/2025 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*CLERK OF COURT*

Date:  02/07/2025

*Tammi M. Hellwig*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Olivier Amar
, who requests this subpoena, are:

Sean S. Buckley, Sean.Buckley@kobrekim.com
Alexandria E. Swette, Alexandria.Swette@kobrekim.com
Kobre & Kim LLP
800 Third Avenue, New York, NY 10022
212-488-1200

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:23-Cr-00251 (AKH)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: