# EXHIBIT 4

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Charlie Javice and Olivier Amar | ) Case No. 23-cr-00251-AKH |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:  Cory Gaddis c/o Andrew Pak
Perkins Coie LLP
1155 Avenue of the Americas 22nd Floor New York, NY 10036

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Daniel Patrick Moynihan US Courthouse 500 Pearl Street New York, NY 10007 | Courtroom No.: | 26B |
|---|---|---|---|
| | | Date and Time: | 02/18/2025 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*CLERK OF COURT*

*Tammi M. Hellwig*

Date: 02/24/2025

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Charlie Javice , who requests this subpoena, are:

Jose Baez
Baez Law Firm
1200 Brickell Avenue
Ste 1410
Miami, FL 33131
305-999-5100
admin@baezlawfirm.com

Eoin Beirne
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
1 Financial Center
Boston, MA 02111
617-348-1707
epbeirne@mintz.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   23-cr-00251-AKH

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: