# EXHIBIT 6

| | |
|---|---|
| **From:** | Daisy Joo |
| **To:** | Pak, Andrew (LOS) |
| **Cc:** | Sean S. Buckley; Alexandria Swette; Michael Rubin |
| **Subject:** | RE: [EXTERNAL] RE: 23 Cr. 251 |
| **Date:** | Tuesday, March 4, 2025 11:12:40 AM |

Thanks, Andrew. We will get back to you.


Daisy Joo
+1 347 705 7773

# KOBRE & KIM

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Pak, Andrew (Perkins Coie) <APak@perkinscoie.com>
**Sent:** Tuesday, March 4, 2025 1:32 PM
**To:** Daisy Joo <Daisy.Joo@kobrekim.com>; Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Michael Rubin <Michael.Rubin@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: 23 Cr. 251


Thanks Daisy,

Additionally, based on the initial list of topics that were sent over, we believe they are covered in Google's public help center here. If you could take a look at that resource as well in considering whether there is information you seek that is not already available through public resources (as opposed to calling a Google witness), I think that would help us either align or narrow any point of dispute.

Thankyou,
Andrew Pak

**Andrew S. Pak, JD/CISSP** | **Perkins Coie LLP**
SENIOR COUNSEL
D. +1.212.261.6865
E. APak@perkinscoie.com

*Admitted in California, New York, and New Jersey

---

**From:** Daisy Joo <Daisy.Joo@kobrekim.com>
**Sent:** Tuesday, March 4, 2025 9:29 AM
**To:** Pak, Andrew (LOS) <APak@perkinscoie.com>; Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Michael Rubin <Michael.Rubin@kobrekim.com>
**Subject:** RE: [EXTERNAL] RE: 23 Cr. 251

Hi Andrew,

Thanks for following up and apologies for our delayed response while we've been in court. We're reviewing Mr. Gaddis' testimony and will get back to you this week. Thank you.

Best,
Daisy


Daisy Joo
+1 347 705 7773

**KOBRE & KIM**

**www.kobrekim.com**

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)


This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly

prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Pak, Andrew (Perkins Coie) <APak@perkinscoie.com>
**Sent:** Tuesday, March 4, 2025 12:15 PM
**To:** Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Daisy Joo <Daisy.Joo@kobrekim.com>; Michael Rubin <Michael.Rubin@kobrekim.com>
**Subject:** [EXTERNAL] RE: 23 Cr. 251

Hi Alex,

I wanted to follow up on our discussion re your subpoena. Now that Mr. Gaddis has testified, do you still believe you have a need for a witness? If not, can you confirm that your subpoena is withdrawn? If so, can you send over the topics that we had been discussing below?  Happy to jump on a call later today if helpful.

Thank you,
Andrew Pak

**Andrew S. Pak, JD/CISSP | Perkins Coie LLP**
SENIOR COUNSEL
D. +1.212.261.6865
E. APak@perkinscoie.com

*Admitted in California, New York, and New Jersey

**From:** Alexandria Swette <Alexandria.Swette@kobrekim.com>
**Sent:** Tuesday, February 25, 2025 4:02 PM
**To:** Pak, Andrew (LOS) <APak@perkinscoie.com>
**Cc:** Sean S. Buckley <Sean.Buckley@kobrekim.com>; Daisy Joo <Daisy.Joo@kobrekim.com>; Michael Rubin <Michael.Rubin@kobrekim.com>
**Subject:** 23 Cr. 251

Hi Andrew,

Thanks for your time earlier. Per our discussion, on behalf of Mr. Amar, below are the documents we would like to authenticate through Mr. Gaddis during his examination next week.

| JSON | Google Document |
|---|---|
| DX OA 149 | DX OA 237 |
| GXG 544 | GXG 543 |

In addition, there is another document from Google Analytics (GX 400). We've attached all

of these for Mr. Gaddis' review.

Separately, we'll also send over a list of topics in connection with our outstanding subpoena for testimony.

Thanks,
Alex


Alexandria Swette
+1 212 488 4917

**KOBRE & KIM**

[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.