# EXHIBIT C

# (PRODUCED NATIVELY)