# EXHIBIT 2

# Draft Exhibit 2: Emails with Capital One: May 13, 2021 – July 14, 2021

