# EXHIBIT 3

# Draft Exhibit 3: Emails with JP Morgan Chase: March 24, 2021 – August 8, 2021

