# EXHIBIT 4

# Draft Exhibit 4: Mr. Amar's Emails with LionTree Before and After July 14, 2021

