# EXHIBIT A

GOVERNMENT EXHIBIT 1389
S1 23 Cr. 251 (AKH)

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00785488
USAO_Rel_001738649

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A. JPMC_00785489
CONFIDENTIAL USAO_Rel_001738650



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00785490
USAO_Rel_001738651

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00785491
USAO_Rel_001738652

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00785492
USAO_Rel_001738653

[Page content redacted]

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00785493
USAO_Rel_001738654