# EXHIBIT B



DEFENDANT'S
EXHIBIT
CJ 1730
S1 23 Cr. 251 (AKH)

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-1730.0001
JPMC_00777516
USAO_Rel_001730677

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-1730.0002
JPMC_00777517
USAO_Rel_001730678

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL
CJ-1730.0003
JPMC_00777518
USAO_Rel_001730679