**quinn emanuel** trial lawyers | miami

2601 S. Bayshore Drive, Suite 1550, Miami, Florida 33133-5417 | TEL (305) 402-4880 FAX (305) 901-2975

WRITER'S EMAIL ADDRESS
ericaperdomo@quinnemanuel.com

March 31, 2025

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Charlie Javice and Olivier Amar, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

We write on behalf of Ms. Javice, Mr. Amar, and the United States. On March 28, 2025, the Court set oral argument on Defendants Charlie Javice and Olivier Amar's motions for judgment of acquittal and for new trial under Federal Rules of Criminal Procedure 29 and 33. The United States, Ms. Javice, and Mr. Amar jointly request the Court set a briefing schedule on these motions and reset oral argument to a date after the motions are fully briefed. The parties are prepared to be heard on Tuesday, April 1, at 2:30, with respect to bail conditions.

The parties respectfully request the Court enter an order setting the following schedule:

- Defendants' opening briefs pursuant to Rules of Criminal Procedure 29 and 33 are due on or before April 28, 2025;

- Government's responses are due on or before May 13, 2025;

- Defendants' reply briefs are due on or before May 20, 2025; and

- Oral argument on May 23, 2025 or any time thereafter at the Court's convenience.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

\*   \*   \*

      Ms. Javice, Mr. Amar, and the United States respectfully request that the Court continue the hearing on post-trial motions currently set for April 1, 2025 to May 23, 2025, or thereafter and enter an order with the above requested briefing schedule.

                        Respectfully submitted,

                        /s/ *Erica L. Perdomo*

cc:   All Counsel of Record