UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   Docket 1:23-cr-00251-AKH-2
    -against-                       :
                                    :   ORDER
                                    :
Olivier Amar                        :
                                    :
        Defendant                   :
                                    :
------------------------------------X

Alvin K. Hellerstein, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include mental health evaluation and treatment at the direction of Pretrial Services.

    Dated: New York, New York
           April 22, 2025

                            SO ORDERED:

                            /s/ Alvin K. Hellerstein
                            Alvin K. Hellerstein
                            United States District Judge