# EXHIBIT B

## PART 2 OF 2

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |

## Mason Young Testimony

```
P3C5jav1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
3    UNITED STATES OF AMERICA,
4               v.
     CHARLIE JAVICE, OLIVIER AMAR,
5
                 Defendants.
6    ------------------------------x
7
8
     Before:
9
                 HON. ALVIN K. HE
10
11
12                       APPEARANC
13   MATTHEW PODOLSKY
          Acting United States Attorney
14        Southern District of New York
     BY:  MICAH F. FERGENSON
15        RUSHMI BHASKARAN
          GEORGIA V. KOSTOPOULOS
16        NICHOLAS W. CHIUCHIOLO
          Assistant United States Attorn
17
     BAEZ LAW FIRM
18        Attorneys for Defendant Charli
     BY:  JOSE A. BAEZ
19
     RONALD SULLIVAN LAW PLLC
20        Attorneys for Defendant Charli
     BY:  RONALD S. SULLIVAN, JR.
21
     RICHARD M. DE MARIA
22        Attorney for Defendant Charlie
23   QUINN EMANUEL URQUHART & SULLIVAN,
          Attorneys for Defendant Charli
24   BY:  CHRISTOPHER TAYBACK
          ERICA PERDOMO
25
              SOUTHERN DISTRICT RE
                   (212) 805-
```

20    Q.   Now yesterday you testified that when you spoke with

21    LionTree, you mentioned the name Alex Michael a couple of

22    times.   Do you remember that?

23    A.   Yes.

24    Q.   Now is that the main person you were dealing with over at

25    LionTree?

1     A.   Yes.

2     Q.   And how often did you interact with Mr. Michael?

3     A.   During diligence.

4     Q.   Yes.

5     A.   Frequently, week to week, sometimes day to day.

Trial Tr. 2216:20-2217:5

© 2025 DOAR

**Defensive Play**   |   **Mason Young**   |   Data   |   Fake Validation   |   ASL List

## Mason Young Testimony

10    THE COURT:  Did you get this feeling from just reading

11  this management presentation or was it something that somebody

12  said?

13    THE WITNESS:  It was a **feeling** that we had by reading

14  through the management presentation confirmed by, **I believe,**

15  Ms. Javice on the presentation during the call.

16    THE COURT:  What did Ms. Javice say?

17    THE WITNESS:  That these were logged-in users of

18  Frank.

Trial Tr. 2122:10-18

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |





Project Frontier

Q&A Diligence Tracker

Capital One



**Definition:**

● User Signup: validated first name, last name, email, phone number, OTP

● Users are created at the following capture point:
- FAFSA
- Scholarships
- Aid Appeal
- Classfinder upon adding courses to basket (will change to seconds on site)
- How to pay for college / college costs (browsing on site)
- Work Study (coming soon - June)
- Student Debt Repayment (coming soon - August)

GX2020

© 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



## Behram Panthaki Testimony

| 24 | Q. | And then there was also information on the website that you |
| 25 | | could go to about how to pay for college?   A content of |
| 1 | | articles?   Things like that? |
| 2 | A. | Yes.   There was how to pay for college.   College search. |
| 3 | | There were blog articles.   Yes, there was content on the |
| 4 | | website. |

| 25 | Q. | So those services we just discussed that didn't require |
| 1 | | names, e-mail addresses, those people were not account holders? |
| 2 | A. | That is correct.   They would not be account holders because |
| 3 | | we didn't have first name, last name, e-mail address. |
| 4 | Q. | But people were using the Frank website in some manner? |
| 5 | A. | Yes.   There would be students, parents, others who came and |
| 6 | | browsed the Frank website. |

Trial Tr. 496:24-497:4, 497:25-498:6

© 2025 DOAR

# Young Got Answer To Users Question Before 1st Management Meeting

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



## Mason Young Testimony

21  Q.  Now, you also stated that this question that you had about

22  users came after the July 8 presentation; is that correct?

23  A.  No.  The first question about users would not have occurred

24  in July.

25  Q.  So it came much earlier; right?

1  A.  Our diligence was highly focused on users and that second

2  round diligence began in June.

3  Q.  Let's look at the actual date when you asked the question.

4       If we could scroll to the left?

5       Do you see where it says data request, 6/22/21?

6  A.  Yes.

7  Q.  And as the prosecutor pointed out, this was a high priority

8  question; right?

9  A.  Correct.

10  Q.  And you were given this answer on June 30th of 2021;

11  correct?

12  A.  Correct.

Trial Tr. 2191:21-2192:12

77

© 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**

## Mason Young Testimony

12    THE COURT:  The report shows fractional users.  When

13  you look at this, do you recall wondering about this point?

14    THE WITNESS:  I mean, often a data table's numbers can

15  be averages calculations, leading inadvertently to decimal

16  points when there shouldn't be.

17    THE COURT:  But this is not an average.

18    THE WITNESS:  It's a sum, correct.  But you can drag

19  and drop, and weird things happen in Excel that lead to this.

20  I see it all the time.

Trial Tr. 2214:12-20

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



## Mason Young Testimony

8   Q.  Were you made aware that Ms. Javice asked that this be

9   removed from the data room?

12   A.  Documents—I was not aware.  Documents get pulled down and

13   replaced all the time during diligence.

Trial Tr. 2215:8-13

© 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**

## Mason Young Testimony

11    Q.   Now one of the concerns that you had with the Frank website

12    was—or with purchasing Frank was that there were significant

13    regulatory risks, right?

14    A.   That's what I said earlier, yes.

15    Q.   Okay.  And that is that—so, for example, the FAFSA tool,

16    that the government can change how they actually process the

17    FAFSA application, and that might affect the website, right?

18    A.   That could be an example that we cited during diligence

19    internally.

Trial Tr. 2220:11-19



**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**

## Mason Young Testimony

4   Q.  Now, sir, you would agree that we have just gone over six

5   different occasions where it uses the word "students" and not

6   "accounts" or "customers;" right?

9   A.  Or users; correct.

Trial Tr. 2195:4-9

   © 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



## Mason Young Testimony

```
10    Q.  Now, you know that this is a marketing presentation; right?

11    A.  I do.
```

Trial Tr. 2195:10-11

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



## Mason Young Testimony

```
2      Do you recall telling them that you didn't walk away
3  with the impression that they were spending $20 million?
4  A.  Correct.
5  Q.  And that's because you did the CAC; right?
6  A.  We did a lot of modeling on the financials of the company
7  and the user base during diligence; correct.
```

Trial Tr. 2207:2-7

© 2025 DOAR

**Defensive Play**    **Mason Young**    **Data**    **Fake Validation**    **ASL List**

## Mason Young Testimony

2    Q.   And you were aware of this 500,000 number; right?

3    A.   There were a lot of numbers shared throughout due diligence

4    that often did not reconcile that we asked questions about.

5    You know, 400,000 here, 500,000 there in this document, 500,000

6    is referenced as students.

7    Q.   And it was something that you and your 30 team members had

8    flagged; right?  The 500,000 number?

9    A.   I don't recall this specific page and this specific number

10   being referenced in a question but we had flagged it internally

11   and asked questions about inconsistencies in the data provided

12   to LionTree, to Frank.

Trial Tr. 2196:2-12

---

P3D1JAV1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------x
UNITED STATES OF AMERICA,

        v.

CHARLIE JAVICE, OLIVIER AMAR,

        Defendants.
----------------------------x

Before:

              HON. ALVIN K. HELLER

         APPEARANCES

MATTHEW PODOLSKY
     Acting United States Attorney for
     Southern District of New York
BY:  MICAH F. FERGENSON
     RUSHMI BHASKARAN
     GEORGIA V. KOSTOPOULOS
     NICHOLAS W. CHIUCHIOLO
     Assistant United States Attorneys

BAEZ LAW FIRM
     Attorneys for Defendant Charlie Ja
BY:  JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
     Attorneys for Defendant Charlie Ja
BY:  RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
     Attorney for Defendant Charlie Ja

QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Attorneys for Defendant Charlie Ja
BY:  CHRISTOPHER TAYBACK
     ERICA PERDOMO
     EOIN BEIRNE
     KIRSTEN NELSON
     SARA C. CLARK

       SOUTHERN DISTRICT REPOR
        (212) 805-030

Defensive Play | **Mason Young** | Data | Fake Validation | ASL List

## Mason Young Testimony

```
5    Q.  Was this question answered at the June 23rd meeting?

6    A.  Partially.

7    Q.  Who answered it?

8    A.  Ms. Javice.

9    Q.  What did she say in response to the question?

10   A.  That there was a data error in the documents provided to us

11   in the data room and that she would get with her team and

12   reconcile the data and provide an updated document to the data

13   room, shortly after this meeting.
```

Trial Tr. 2140:5-13

© 2025 DOAR

Defensive Play | **Mason Young** | Data | Fake Validation | ASL List



# Young Tells The Government There Were No Major Inconsistencies On Data

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



Trial Tr. 2230:12-22, 2231:7-13

## Mason Young Testimony

12    the first question is:  Apart from the notes, do you recall

13    telling the government at some point during your interviews

14    that there were or there were not major inconsistencies in the

15    data provided to you?

16        THE WITNESS:  Yes.

17        THE COURT:  And what is it you remember?

18        THE WITNESS:  I recall saying there were

19    inconsistencies in the data provided throughout my

20    conversations with the government.  Do I recall saying this

21    exact statement at this moment in time, in March of 2023?  I

22    don't.

---

7    Q.  Is that your testimony, sir?

8    A.  I very much agree with the second part of this statement.

9    Knowing what I know now, thinking back to the conversation that

10    happened two years ago, I don't recall making the first

11    statement.

12    Q.  And—

13    A.  Maybe I did, but I don't recall.

© 2025 DOAR

# PII Rarely Shared During Diligence

Case 1:23-cv-04251-AKH   Document 383-4   Filed 04/28/25   Page 17 of 73

| Defensive Play | **Mason Young** | Data | Fake Validation | ASL List |

## Mason Young Testimony

12    Q.  Do you recall telling the government that companies can't

13    provide data in due diligence?

14    A.  I recall telling the government companies do not provide

15    certain data during due diligence related to their customer

16    base as an example.

17    Q.  And one of the main reasons for that is privacy reasons,

18    right?

19    A.  Personally identifiable information is rarely shared during

20    due diligence.

Trial Tr. 2219:12-20

© 2025 DOAR

# Companies Rarely Provide PII During Diligence

| Defensive Play | **Mason Young** | Data | Fake Validation | ASL List |

## Mason Young Testimony

```
P3C5jav1
```

21   Q.  And that the solution for that is what, sir?  If you can't
22   see the data, what do you do?
23   A.  You request data to get comfortable with the decision to
24   buy a company or not.  You also rely on representations and
25   warranties in the purchase agreement that information provided
1    during diligence is accurate.
2    Q.  I'm sorry.  I can barely hear you.  Can you repeat that
3    last part of your answer.
4    A.  As a buyer, Capital One relies on representations and
5    warranties and the definitive purchase agreement that would
6    govern an acquisition.

Trial Tr. 2219:21-2020:6

© 2025 DOAR

---

The document image on the left:

```
P3C5jav1

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
     ------------------------------x
3    UNITED STATES OF AMERICA,
4                    v.                          23
     CHARLIE JAVICE, OLIVIER AMAR,
5
6                    Defendants.                 Ju
     ------------------------------x             New
7                                                Mar
                                                 10:
8
     Before:
9
                    HON. ALVIN K. HELLERSTEIN
10                                               Dis
11
12                    APPEARANCES
13   MATTHEW PODOLSKY
              Acting United States Attorney for the
14            Southern District of New York
     BY:  MICAH F. FERGENSON
15        RUSHMI BHASKARAN
          GEORGIA V. KOSTOPOULOS
16        NICHOLAS W. CHIUCHIOLO
          Assistant United States Attorneys
17
18   BAEZ LAW FIRM
              Attorneys for Defendant Charlie Javice
19   BY:  JOSE A. BAEZ
20   RONALD SULLIVAN LAW PLLC
              Attorneys for Defendant Charlie Javice
     BY:  RONALD S. SULLIVAN, JR.
21
22   RICHARD M. DE MARIA
              Attorney for Defendant Charlie Javice
23   QUINN EMANUEL URQUHART & SULLIVAN, LLP
              Attorneys for Defendant Charlie Javice
24   BY:  CHRISTOPHER TAYBACK
          ERICA PERDOMO
25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

Defensive Play | Mason Young | Data | Fake Validation | ASL List



## Mason Young Testimony

4    Q.  So when you look to buy a website, do you ever look at how

5    many people visited that website?

6    A.  I do.

Trial Tr. 2218:4-6

© 2025 DOAR

# Frank's Data Was Scattered In Multiple Places



Defensive Play | Mason Young | Data | Fake Validation | ASL List

Trial Tr. 437:24–438:25
Trial Tr. 1029:12–18
Trial Tr. 1172:17–1173:3
Trial Tr. 438:23–439:15
Trial Tr. 1188:23–1189:5
Trial Tr. 1029:12–18
Trial Tr. 1029:12–18
Trial Tr. 1029:12–18
Trial Tr. 1001:18–1002:2
Trial Tr. 1029:12–18
Trial Tr. 1171:24–25
Trial Tr. 1002:13–19

© 2025 DOAR

# Nov. 2018: Frank Moves Data From Qualtrics To AWS

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|



423

P2Q5jav1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

      v.            23 Cr. 251 (AKH)

CHARLIE JAVICE, OLIVIER AMAR,

      Defendants.

------------------------------x
                    Jury Trial
                    New York, N.Y.
                    February 26, 2025
                    10:20 a.m.

Before:

        HON. ALVIN K. HELLERSTEIN,

               District Judge

        APPEARANCES

MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York
BY: MICAH F. FERGENSON
    RUSHMI BHASKARAN
    GEORGIA V. KOSTOPOULOS
    NICHOLAS W. CHIUCHIOLO
    Assistant United States Attorneys

BAEZ LAW FIRM
    Attorneys for Defendant Charlie Javice
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
    Attorneys for Defendant Charlie Javice
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
    Attorney for Defendant Charlie Javice

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Attorneys for Defendant Charlie Javice
BY: CHRISTOPHER TAYBACK
    ERICA PERDOMO

        SOUTHERN DISTRICT REPORTERS, P.C.
            (212) 805-0300

## Berham Panthaki Testimony

16  Q.  Turning to the core system, where was that hosted when you

17  joined Frank?

18  A.  So when I joined Frank, the core system was hosted on a

19  platform for Qualtrics.  Qualtrics was a software service or a

20  service that Frank had purchased and had built the FAFSA form

21  on Qualtrics.  When I joined, we decided that we wanted a more

22  safe sand secure system and so Frank embarked on a project to

23  actually build our own core system.

24  Q.  Was the core system ultimately migrated to a different

25  system?

1  A.  Yes.  So, we migrated off of Qualtrics, I would say,

2  sometime in 2018, November time frame, that's when we migrated

3  after of Qualtrics and onto the core system that Frank had

4  built.

5  Q.  Where was the new core system hosted?

6  A.  The new core system was hosted on Amazon Web Services, AWS.

Trial Tr. 437:16-438:6

© 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



## Behram Panthaki Testimony

11  A.  There were errors in the way the system had been coded at

12  times and so there were adjustments for the system misfiring or

13  double-firing and other sort of discrepancies.

14  Q.  When you say system, which system are you referring to?

15  A.  Google Analytics.

Trial Tr. 452:11-15

© 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**



Trial Tr. 461:2-17

## Berham Panthaki Testimony

2  Q.  You had testified that there were discussions with

3  Ms. Javice and Mr. Amar about this overreporting?

4  A.  That is correct.

5  Q.  What was Ms. Javice's reaction to this?

6  A.  You know, Charlie, Ms. Javice agreed that we have to be

7  more accurate about the numbers.  You know, there was a

8  conversation had around ensuring that we sort of created the

9  processes to accurately report.  You know, Charlie was --

12  Q.  How about Mr. Amar?  Did you discuss the spreadsheet with

13  Mr. Amar?

14  A.  Yes, we did.  Olivier sort of defended the sort of error,

15  he mentioned that we were using a free version of Google

16  Analytics, and as such he was trying to save money, and that

17  he's why some of these errors occurred.

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**

## Jennifer Wong Testimony

```
19   Q.  Do you recall occasions where Ms. Javice in fact corrected

20   her understanding of the data you provided by saying that some

21   numbers looked higher than she would have expected?

24   A.  Yes.
```

Trial Tr. 1177:19-24

© 2025 DOAR

**Defensive Play**   **Mason Young**   **Data**   **Fake Validation**   **ASL List**



## Behram Panthaki Testimony

23  Q.  You used the term "sanity check."  I think on direct you

24  said the sanity check was intended to make sure that the

25  numbers sort of aligned.  Do you recall that?

1  A.  That is correct, yes.

2  Q.  By "sort of" you mean that there is a bit of estimation

3  going on here?

4  A.  There were estimations, there were adjustments made for

5  some historical anomalies which, you know, sort of brought to

6  our notice -- Dave Glauber worked with, I believe at that time

7  it was Olivier on those adjustments -- those adjustments

8  happened historically before my time so I have no reason to

9  sort of agree or disagree with that.

10  Q.  My question is by "sort of" you mean it is not as simple as

11  just a straight up mathematical calculation.  This plus this

12  equals this; correct?

13  A.  Yes.  That's why it is a sanity check or triangulation.  It

14  was not exact.

Trial Tr. 504:23-505:14

© 2025 DOAR

Data Baby Was Kept In A Safe Deposit Box

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |



## Behram Panthaki Testimony

25   A.  So let me rephrase.  The Iron Mountain flash drive was kept

1    in a safe deposit box at JPMorgan Chase.  Data Baby was kept in

2    the safe and that's the laptop that had the information, and

3    the key to that was held by myself as well as Matt Glazer.

Trial Tr. 495:25-496:3

© 2025 DOAR

# Cookies And Retargeting Website Visitors Are Marketable Users

| Defensive Play | Mason Young | **Data** | Fake Validation | ASL List |



**Jenny Zeitler Testimony**

```
12   A.   A marketable user is someone you can market to.

13   Q.   And in the context of retargeting, are people who visited

14   the website, what we have been calling users, are they

15   marketable users?

16   A.   Yes.   If they've accepted the cookies.
```

Trial Tr. 3057:12-16

© 2025 DOAR

# No Opt-Out Cookies Policy: All 4.2M Users Had Cookies

| Defensive Play | Mason Young | **Data** | Fake Validation | ASL List |

## Jenny Zeitler Testimony

9        You remember the back and forth you and the Judge had

10   about whether you opt-in or opt-out of cookies?  As you recall,

11   back in the summer of 2021 was that opt-out of cookies policy

12   available then?   We all know we see it now but back in

13   August -- July, August 2021?

14   A.   I don't believe so.

15   Q.   That would mean then that all 4.25 million Frank users were

16   automatically opted in?

17   A.   Yes.

Trial Tr. 3065:9-17

99                                                                                          © 2025 DOAR



**Defensive Play**   **Mason Young**   **Data**   **Fake Validation**   **ASL List**

### Jenny Zeitler Testimony

12   Q.   And how frequent were your interactions with Ms. Javice?

13   A.   I think I talked to her about three or four times.   It

14   wasn't—it wasn't too often.

15        THE COURT:   A week, a day, month?

16        THE WITNESS:   Total.

Trial Tr. 3050:12-16

100

© 2025 DOAR

| Defensive Play | Mason Young | **Data** | Fake Validation | ASL List |



## Michael Salve Testimony

```
2   A.   The last row identified as being populated in CJ 2177 is

3   row 149,115.

4   Q.   Are there 4 million rows in this spreadsheet?

5   A.   Not that I see, no.
```

Trial Tr. 2768:2-5

# Contradictions



## Alex Sweeney Testimony

5  Q.  And why did you include that request?

6  A.  Because we wanted to ensure the customers were actually

7  real, the data was real, again, to have a sufficient level of

8  validation that the customers actually existed.

Trial Tr. 1455:5-8

# Lie: Data Questions Came Up After Deal Meeting

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|

## Leslie Wims Morris Testimony

```
19    Q.  Okay.  When was the—was the deal review meeting—when was

20    the deal review meeting?

21    A.  The deal review meeting was on July 30th.

22    Q.  Okay.  And so the questions that you discussed about

23    questions about data that came up in that meeting, were those

24    questions raised before or after the deal review deck was

25    prepared?

1     A.  After.
```

Trial Tr. 766:19-767:1

© 2025 DOAR

First Mentioned In July

**Defensive Play**    **Mason Young**    **Data**    **Fake Validation**    **ASL List**



From: Sweeney, Alex <alex.sweeney@chase.com>
Sent: Tuesday, August 3, 2021 7:13 AM

**From:** Sweeney, Alex <alex.sweeney@chase.com>
**Sent:** Monday, August 2, 2021 8:19 AM
**To:** Matt Toland <Matthew.Toland@acxiom.com>; Ross Burgess <Ross.Burgess@acxiom.com>
**Cc:** Diana_Mitchell - Diana Mitchell (Chase) <Diana.B.Mitchell@chase.com>; Ferrell, Ashley <ashley.ferrell@jpmorgan.com>
**Subject:** Acxiom/Chase project

Matt, Ross –

Thanks for the time a couple weeks back to discuss setting up a new customer overlap analysis for Chase and one of our prospective partners.

I'd like to quickly follow up with you on this given we'd like to get you introduced to the partner (whom you don't currently work with today), etc.

Could you be available between 1030-130 ET today to briefly connect so I can take you through what we're looking to do and align on next steps? It's a slightly different exercise than we initially discussed.

Let me know - Thanks.

CONFIDENTIAL                                          USAO_Rel_000000014

GX2202

**Defensive Play**   **Mason Young**   **Data**   **Fake Validation**   **ASL List**



### Deal Update

- On July 14th we provided a bid of $175mm to acquire the company and by July 17th we secured exclusivity for two weeks (up to July 31st) with a one week automatic extension (expiring Aug 7th) to move forward with confirmatory due diligence. We completed confirmatory diligence and recommend proceeding with the transaction

Project Finland
July 2021

CHASE ⬡

CJ942

© 2025 DOAR



## Project Finland Description:

- Frank (Finland) is a service that helps students locate and apply for financial aid, through a unique content and technology platform
- Finland is currently in a sale process, led by LionTree and Chase has submitted a non-binding bid to acquire the company
- Finland would become a key piece of our student strategy, and would provide us with content and capabilities to create compelling study journeys and ease onboarding to Chase student-focused products across Consumer Bank, Lending and USWM
- We have completed diligence, and all work streams are in a position to proceed. We are seeking approval to sign a merger agreement to acquire the company, targeting signing week of 8/2

## Key considerations and risks

### Business

Lead Contact:
Ryan MacDonald
/ Steve Goodman

- Existing Finland products/partnerships evaluated to understand implications and ability to keep them running. Pricing structures (e.g., membership subscription plans) will be revised to fit Chase's strategy.
- Chase usability of customer data has been validated; exception: use by 3 rd parties
- Company has taken a PPP loan from JPMC that will require pay back prior to consummating an acquisition
- Finland's access to FAFSA form filling being shut off by the government is a risk from a customer funnel standpoint

GX1591

# Sweeney: Data Validation Was Not A Priority Before Signing

| Defensive Play | Mason Young | Data | **Fake Validation** | ASL List |
|---|---|---|---|---|



**Alex Sweeney Testimony**

22  Q.  Let me ask you this.  When this actually came up,

23  Ms. Morris' direction was this was not a priority before

24  signing; correct?

4  A.  Earlier in the transaction, Leslie had not considered this

5  a priority; yes.

Trial Tr. 1492:22-1493:5

© 2025 DOAR

# Deal Review Minutes

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |



**DEFENDANT'S EXHIBIT CJ 247**

**Projects Reviewed and Forum Decision:**
- Project Finland – Reviewed and confirmed no objections to signing

**Key Items Discussed:**
- The deal team shared that since the last Project Finland Deal Review meeting we have completed confirmatory due diligence, continued to negotiate the merger agreement and are near pens-down. Charlie's employment agreement is still being negotiated but hoping to wrap-up today. Integration planning has started and will pick up in earnest next week. We think negotiations have landed in a favorable place. We are aiming to sign the agreement no later than end of next week. To do so we will need to finalize the negotiation of the merger agreement and have signed employment agreements from Charlie and 75% of employees.

- The deal construct remains a walk away structure meaning there are no contractual remedies against security holders after closing. We negotiated indemnity escrow coverage for matters such as pre-closing taxes if there are any and coverage if there are any transaction expenses or debt that isn't clean at closing. We negotiated for the majority of sellers to sign support agreements where they stand behind fraud. We significantly expanded the reps and warranties and expanded the interim operating governance between sign and close. The original agreement had hell or high water covenant and we were able to flip that standard to essentially say we have the opposite. The rep and warranty insurance will be bound at signing. We negotiated an inside date of 40 days from sign to close. Charlie is keen to close as soon as possible.

- The group discussed that Finland will require a reprioritization of the book of work for consumer and the engagement platform. It was emphasized that this is an incremental strategy for student, not an asset and we will be uplifting with our current resources. We are in agreement that we are committed to this strategy and will put the resources behind it. Work will be done next week to determine what the trade-offs are for the minimum amount of work in order to bring Finland in and then park it for at least six months. It is understood that there will be an impact to some high priority things. It was suggested to ensure that we are maximizing on contractors and MSAs where possible to augment this work.

CJ247

# Synthetic Leslie Wims Morris: Got Clearance From Board

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |

## Leslie Wims Morris Testimony

```
17   Q.   And during——after you sent this initial email what, if

18   anything, did Ms. Javice request that you do?

19   A.   She requested that I summarize our conversation in writing

20   for clarity on our rationale for why we needed it and our

21   stance that it was a condition to closing the transaction, and

22   so her request was that I do that such that she could also

23   share our point of view with her board of directors.
```

Trial Tr. 625:17-23

© 2025 DOAR

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|



**Message**

**From:** Charlie Javice [charlie@withfrank.org]
**Sent:** 8/1/2021 3:25:07 PM
**To:** Marc Rowan [rowan@apollo.com]; Michael Eisenberg [me@aleph.vc]
**Subject:** [External] Fwd: Finland Data Request

See below.

Charlie Javice

----------------------------------------------------------------------------------------------------

**From:** Wims Morris, Leslie <leslie.wimsmorris@chase.com>
**Sent:** Sunday, August 1, 2021 3:12:26 PM
**To:** 'Charlie Javice' <charlie@withfrank.org>
**Subject:** Finland Data Request

**DEFENDANT'S EXHIBIT CJ 249**
S1 23 Cr. 251 (AKH)

CJ249

# LionTree Was Involved

**From:** Charlie Javice [charlie@withfrank.org]
**on behalf of** Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:** 8/4/2021 8:10:21 PM
**To:** Wims Morris, Leslie [leslie.wimsmorris@chase.com]; Sweeney, Alex [alex.sweeney@chase.com]
**BCC:** Braun, Ben [bbraun@liontree.com]
**Subject:** Draft Internal data counts
**Attachments:** Finland_internaldata_counts.pdf

See below. Happy to chat.

Charlie

**Data Variable Validation Request Details**

| How many UNIQUE customer accounts exist? | 4,265,085 |
| Of those records, what % include each data field below? | |

| Variable | % Captured | Comments | Count |
|---|---|---|---|
| STUDENT_FIRST_NAME | 100.00% | | 4,265,085 |
| STUDENT_LAST_NAME | 100.00% | | 4,265,085 |
| STUDENT_EMAIL | 100.00% | Provided as Unique ID | 4,265,085 |
| STUDENT_PHONE_NUM | 100.00% | | 4,265,085 |
| STUDENT_HOME_ADDR | 90.21% | Provided as Unique ID | 3,847,533 |
| STUDENT_BIRTHDAY | 90.21% | | 3,847,533 |
| STUDENT_MAJR_INTRST | 48.98% | Data limited due to application addition (added major field in 2019) | 2,088,875 |
| YEAR_OF_SCHOOL | 93.00% | | 3,966,529 |
| DEGREE_LEVEL | 93.00% | | 3,966,529 |
| CITY_OF_HIGH_SCHOOL | 82.99% | | 3,539,731 |
| STUDENT_IS_MARRIED | 81.33% | | 3,468,936 |
| HAS_CHILDREN | 81.33% | | 3,468,936 |
| MILITARY_STATUS | 81.33% | Data limited due to application logic | 3,468,936 |
| PARENT_NUM_CHILDREN_FIN_SUPP | 81.33% | Data limited due to application logic | 3,468,936 |
| STUDENT_COMPLETED_TAX_RETURN | 57.97% | Data limited due to application logic | 2,472,658 |
| STUDENT_EARNINGS_WORKING | 80.52% | Data limited due to application logic | 3,434,247 |
| STUDENT_CASH_ASSETS | 80.52% | | 3,434,247 |
| NET_WORTH_STUDENT_INVESTMENTS | 57.97% | Data limited due to application logic | 2,472,658 |
| IS_US_CITIZEN | 57.39% | | 2,447,931 |
| STUDENT_ADJUSTED_GROSS_INCOME | 80.52% | | 3,434,247 |
| NUMBER_OF_SCHOOLS_TO_SEND_FAFSA | 90.21% | | 3,847,533 |
| STUDENT_HOME_ADDR_APT | | Provided as Unique ID ** merged with top data field | |
| STUDENT_SPOUSE_EARNINGS_WORKING | | Data limited due to application logic ** household adjusted gross income w/ adjusted gross income | |

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

GX1140

© 2025 DOAR

| Defensive Play | Mason Young | Data | **Fake Validation** | ASL List |

**From:**          Charlie Javice [charlie@withfrank.org]
on behalf of    Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:**          8/4/2021 10:48:11 PM
**To:**            Sweeney, Alex [alex.sweeney@chase.com]
**Subject:**       Re: Draft Internal data counts


Hey Alex,

Per my discussion with Leslie, please refer to the data room document 3.1.4 on user breakdown. The data provided for the analysis is coming from FAFSA in progress point of entry. Other products are not included in the scope of this analysis as confirmed OK with Leslie just now. Leslie requested I follow up via email with this information.

Will be wrapping up the next couple hours for axscium (on with lawyers for the leslie workflow at 7pm so may be slightly delayed).

Charlie

GX1203

Defensive Play    Mason Young    Data    **Fake Validation**    ASL List

## Alex Sweeney Testimony

```
17   Q.   But you actually testified that she did her own validation

18   exercise and sent you the results; right?

19   A.   She sent us the results of her analysis, yes.

20   Q.   Now, it doesn't say anything in this e-mail about her doing

21   any validation exercise; right?

22   A.   No, it does not.

23   Q.   It just says:   See below.   Happy to chat.

24             Right?

25   A.   Yes.
```

Trial Tr. 1496:17-25

© 2025 DOAR

| Defensive Play | Mason Young | Data | **Fake Validation** | ASL List |
|---|---|---|---|---|

**From:** Charlie Javice [charlie@withfrank.org]
on behalf of Charlie Javice <charlie@withfrank.org> [charlie@withfrank.org]
**Sent:** 8/4/2021 9:31:56 PM
**To:** Sweeney, Alex [alex.sweeney@chase.com]
**Subject:** Re: Acxiom NDA and TPPA Template

Services.  Company shall send the following Company Data to Acxiom:  up to 4 million records of customer data (no PII) with attribute data.  Acxiom will receive the Company Data and validate the coverage of the attribute data.  Acxiom shall not combine the Company Data with any other data, including during the validation process.  Acxiom will then provide a written report regarding the coverage of the attribute data ("**Report**") to Company.  The Report will not contain any Company Data or PII.  Acxiom shall not provide the Report to any third party except upon receipt of Company's express written consent.

## Alex Sweeney Testimony

```
12   Q.  Do you recall testifying about this document a little
13   earlier?
14   A.  Yes.
15   Q.  You testified that on this highlighted section, which is
16   the last sentence; correct?
17   A.  Yes.
18   Q.  Did you highlight that section?
19   A.  I did not.
20   Q.  So it is your testimony, sir, that you read the last line
21   but never the first line?
22   A.  Yes.
```

GX1742-R; Trial Tr. 1501:12-22



Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

**August 4, 2021**

**Alex Sweeney Testimony**

23  Q.  So, it is your testimony, sir, that on the date of the

24  Acxiom exercise, for this company you are paying $175 million

25  for, she sends you a copy of the contract and you never even

1   saw this e-mail?

2   A.  Yes.

Trial Tr. 1505:23-1506:2

© 2025 DOAR

**Defensive Play**  **Mason Young**  **Data**  **Fake Validation**  **ASL List**



## Alex Sweeney Testimony

10  Q.  Now, as I mentioned, you were all over this contract

11  though, right?

12  A.  No.

13  Q.  You were in fact texting Matt Toland from Acxiom and

14  getting the blow-by-blows in terms of when she received the

15  contract from Acxiom and when she sent it back and everything

16  in between; correct?

17  A.  As I mentioned earlier, I had asked timeline questions so

18  we knew when the contract would be executed and the exercise

19  could actually begin.

20  Q.  My question to you, sir, is you were texting Matt Toland

21  and confirming when the contract was getting to them and when

22  it was being sent back to Charlie and everything in between;

23  right?

24  A.  I asked Matt Toland timeline questions, yes.

Trial Tr. 1504:10-24

Defensive Play | Mason Young | Data | **Fake Validation** | ASL List

**From:** Sweeney, Alex <alex.sweeney@chase.com>
**Sent:** Monday, August 2, 2021 6:40:59 PM
**To:** 'Charlie Javice' <charlie@withfrank.org>; Goodman, Steve W <steve.w.goodman@chase.com>
**Subject:** RE: Data validation requirements

Below is what we discussed on during our call – I've sent around and waiting on feedback so **not** yet final.

Also – did you see docs come thru from Matt at Acxiom? He's told me he sent them over for your Legal's review but want to make sure you got them.

**From:** Charlie Javice <charlie@withfrank.org>
**Sent:** Monday, August 02, 2021 7:36 PM
**To:** Sweeney, Alex (CCB, USA) <alex.sweeney@chase.com>; Goodman, Steve W (CCB, USA) <steve.w.goodman@chase.com>
**Subject:** Re: Data validation requirements

Below is w

Also – did
want to m

STUDEN

I did! I think lawyers are on it and will revert back with comments .

GX1078

Defensive Play    Mason Young    Data    **Fake Validation**    ASL List



GX1292-A

    © 2025 DOAR

# "Basic Diligence" Is All It Takes To Identify Synthetic Data

| Defensive Play | Mason Young | Data | **Fake Validation** | ASL List |

## Dr. Adam Kapelner Testimony

12  Q.  When you met with the government, one of the things you

13  told them was that, in your mind, it would be obvious that data

14  was synthetic?

15  A.  I would say it was obvious that it did not correspond to

16  any real person.

17        THE COURT:  How obvious?  Why would it be obvious?

18  You wanted to change the similarity of geographical locations

19  between high school and colleges because someone who looked at

20  that and saw the confluences would say, hey, this is not real.

21        THE WITNESS:  Yeah.  I'll correct my statement.  Look

22  obvious if you did some basic diligence on the rows.

Trial Tr. 2059:12-22

119

© 2025 DOAR

| Defensive Play | Mason Young | Data | **Fake Validation** | ASL List |



## Matthew Toland Testimony

```
21   Q.   You asked JPMorgan Chase if they wanted to further validate

22   the data, correct?

23   A.   Yes, sir.
```

```
 8   Q.   Who was your point of contact over there?

 9   A.   It was Alex Sweeney, I believe, at JPMorgan Chase.

10   Q.   Okay.   And what did Mr. Sweeney respond as to whether he

11   wanted you to validate the data?

12   A.   He didn't.
```

Trial Tr. 3167:21-23, 3168:8-12

© 2025 DOAR

# Toland Asks For Validation Again

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |

## Matthew Toland Testimony

11  A. I think generally when we do this type of work, we do

12  something different, so the——on the beginning, it was a

13  clarifying. On the back end, it was like, are you sure? So

14  clarifying for the project we were doing; then on the back end,

15  asking, are you sure you don't want us to do anything?

24  THE WITNESS: The engagement was to take the file

25  from——that Frank provided and determine whether the fields were

1  populated or blank. That was the project. We weren't to do

2  anything else with the data other than that. And so once the

Trial Tr. 3170:11-15, 3168:24-3169:2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------x
UNITED STATES OF AMERICA,

        v.

CHARLIE JAVICE, OLIVIER AMAR,

            Defendants.
-----------------------------x

Before:

                HON. ALVIN K. HELL

                APPEARANCES

MATTHEW PODOLSKY
        Acting United States Attorney fo
        Southern District of New York
BY: MICAH F. FERGENSON
    RUSHMI BHASKARAN
    GEORGIA V. KOSTOPOULOS
    NICHOLAS W. CHIUCHIOLO
    Assistant United States Attorney

BAEZ LAW FIRM
    Attorneys for Defendant Charlie
BY: JOSE A. BAEZ

RONALD SULLIVAN LAW PLLC
    Attorneys for Defendant Charlie
BY: RONALD S. SULLIVAN, JR.

RICHARD M. DE MARIA
    Attorney for Defendant Charlie J

QUINN EMANUEL URQUHART & SULLIVAN, LL
    Attorneys for Defendant Charlie
BY: CHRISTOPHER TAYBACK
    ERICA PERDOMO
    EOIN BEIRNE
    KIRSTEN NELSON

                SOUTHERN DISTRICT REPO
                    (212) 805-0

© 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**

## Matthew Toland Testimony

```
5    Q.   Okay.  And approximately how much data per month do you

6    deal with when it comes to JPMorgan Chase?

7    A.   Billions; approximately 2, 3 billion a month.

8    Q.   And when you say billions, that's billions of people?

9    A.   There's duplication amongst them, but yes, they're files

10   from JPMorgan Chase, their partners, suppression files,

11   demographic data, etc., but generally, yes.
```

Trial Tr. 3163:5-11

© 2025 DOAR

**Defensive Play**    **Mason Young**    **Data**    **Fake Validation**    **ASL List**



Trial Tr. 1512:17-1513:13

## Alex Sweeney Testimony

17  Q.  After this was over in March of 2022, you got back involved

18  with Frank when there was discussions about how many marketable

19  users there were.  Do you recall that?

20  A.  Yes.

21  Q.  At that point in time you had an e-mail exchange with

22  Leslie Wims Morris where she did not want you to disclose

23  anything about the Acxiom exercise and told you to keep it

24  tight.

25      Do you recall that?

1  A.  Is there something you are referencing?  I don't recall off

2  the top of my head.

3  Q.  Yes.

4      MR. BAEZ:  Let's bring up CJ 0474.

5  Q.  Do you see that this is an e-mail from her to you?

6  A.  Yes.

7      MR. BAEZ:  Let's close that out and let him read it so

8  it may refresh his recollection.

9  Q.  Do you see that where she is asking you to keep it tight?

13  A.  That is what the words say, yes.

© 2025 DOAR

# Pretends To Not Understand Attributes

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|

## Alex Sweeney Testimony

```
P361JAV1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
3    UNITED STATES OF AMERICA,
                                        23 Cr. 251 (AKH)
4         v.
5    CHARLIE JAVICE, OLIVIER AMAR,
6         Defendants.                   Jury Trial
     ------------------------------x    New York, N.Y.
7                                       March 6, 2025
                                        10:20 a.m.
8
     Before:
9
              HON. ALVIN K. HELLERSTEIN,
10
                                   District Judge
11
12            APPEARANCES
13   MATTHEW PODOLSKY
14        Acting United States Attorney for the
          Southern District of New York
15   BY:  MICAH F. FERGENSON
          RUSHMI BHASKARAN
16        GEORGIA V. KOSTOPOULOS
          NICHOLAS W. CHIUCHIOLO
17        Assistant United States Attorneys

18   BAEZ LAW FIRM
          Attorneys for Defendant Charlie Javice
19   BY:  JOSE A. BAEZ

20   RONALD SULLIVAN LAW PLLC
          Attorneys for Defendant Charlie Javice
21   BY:  RONALD S. SULLIVAN, JR.

22   RICHARD M. DE MARIA
          Attorney for Defendant Charlie Javice
23   QUINN EMANUEL URQUHART & SULLIVAN, LLP
          Attorneys for Defendant Charlie Javice
24   BY:  CHRISTOPHER TAYBACK
          ERICA PERDOMO
25        EOIN BEIRNE
          KIRSTEN NELSON

     SOUTHERN DISTRICT REPORTERS, P.C.
              (212) 805-0300
```

| 13 | Q. | Sir, do you know what attribute data is? |
|---|---|---|
| 14 | A. | I have an understanding, yes. |
| 15 | Q. | And that basically means it is information that describes |
| 16 | | certain characteristics of an individual; correct? |
| 17 | A. | That was not my understanding, no. |
| 18 | Q. | You understand if a person is a student, that's an |
| 19 | | attribute? |
| 20 | A. | I don't know. |
| 21 | Q. | A person's gender is an attribute?  Do you know that? |
| 22 | A. | I don't know. |
| 23 | Q. | Do you know a person's race is an attribute? |
| 24 | A. | I don't know. |

Trial Tr. 1506:13-25

© 2025 DOAR

| Defensive Play | Mason Young | Data | **Fake Validation** | ASL List |

| GX | FILE NAME |
|---|---|
| **GX 501** | Frank_Marketing_List.csv |
| **GX 502** | Frank_18_134955_Cleaned.csv |
| **GX 503** | Frank_18_134955_jpmc.csv |

| GX | FILE NAME |
|---|---|
| **GX 504** | Marketing_Attributes_1.csv |
| **GX 505** | Marketing_Attributes_2.csv |
| **GX 506** | Marketing_Attributes_3.csv |
| **GX 507** | Marketing_Attributes_4.csv |
| **GX 508** | Marketing_Attributes_5.csv |



## Keona Drakeford Testimony

| 5 | Q.  Even without seeing what is there you know that marketing |
|---|---|
| 6 | attribute is different from marketing list; right? |

| 9 | A.  Correct. |

GX2706; Trial Tr. 2697:5-9

© 2025 DOAR

**Defensive Play**    **Mason Young**    **Data**    **Fake Validation**    **ASL List**

| Year | Month of the year | All New Users | Paid Users | Non-Paid Users | (Other) | Direct | Display | |
|---|---|---|---|---|---|---|---|---|
| | 11 | 74,031 | 20 | 74,011 | 2,605 | 7,558 | | |
| | 12 | 63,513 | 1,045 | 62,468 | 1,429 | 5,020 | 292 | |
| 2021 | 1 | 88,236 | 10,165 | 78,071 | 1,322 | 4,074 | 6,490 | |
| | 2 | 57,564 | 4,137 | 53,427 | 496 | 3,089 | 3,679 | |
| | 3 | 65,109 | 951 | 64,158 | 480 | 6,192 | 13 | 2, |
| | 4 | 103,823 | 38,869 | 64,954 | 1,169 | 7,863 | 9,384 | 1, |
| | 5 | 128,467 | 66,329 | 62,138 | 3,551 | 7,275 | 42,481 | 1, |
| | 6 | 94,679 | 40,768 | 53,911 | 2,299 | 6,194 | 10,396 | 1, |
| Projections | 7 | 214,466 | 24,000 | 190,466 | | | | |
| | 8 | 205,856 | 40,000 | 165,856 | | | | |
| | 9 | 345,782 | 80,000 | 265,782 | | | | |
| | 10 | 930,000 | 130,000 | 800,000 | | | | |
| | 11 | 700,000 | 100,000 | 600,000 | | | | |
| | 12 | 310,000 | 60,000 | 250,000 | | | | |
| Grand Total to Date | | 5,424,449 | 2,334,184 | 3,090,265 | 96,914 | 690,152 | 148,611 | 42, |
| 2021 Projections | | 8,130,553 | 2,768,184 | 5,362,369 | | | | |

Notes: 2021 Non-Paid is dependent on SLM, Instride, ACT, Wiley accounts. Pipeline is Addiditive As Contracts Come In. Product mix is based on partner campaigns that are sche
2021 Paid spend is classfinder in Q1 of 2021 testing. Classfinder accounts created upon credit card entry. This is a different CACs to optimize learnings and not Frank acco
2019 - Q1 2020 Spend is to optimize for different segments around college recommendations (nursing students only above the age of 23 for example)
2017 - Jan 2018 Burst testing to test the scale, paid marketing costs at scale, positioning & brand building as we invested in content that has a return 12+months later
2020 - accounts added accross products

GX3.1.4

© 2025 DOAR

Defensive Play | Mason Young | Data | Fake Validation | **ASL List**



## Steven Stolls Testimony

17   Q.   So it is correct that they made an ==initial request of==

18   ==10 million records.==

19   A.   Appears that way, yes.

Trial Tr. 1322:17-19

© 2025 DOAR

# Frank Initially Asked For 10 Million Students

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|



**From:** Denise Lyn[IMCEAEX-
_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-
DLYN@namprd15.prod.outlook.com]

**Sent:** Mon 8/2/2021 3:31:28 PM Coordinated Universal Time

**To:** Steve Stolls[sstolls@aslmarketing.com]

**Sent on behalf of:** Denise Lyn <IMCEAEX-
_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=D85A29A6E37742A3AAAF2B7ACBC3898A-
DLYN@namprd15.prod.outlook.com>

**Subject:** Withfrank.org- College Market

I just got off the phone with the prospect; he is in the college market.

https://withfrank.org/

He has a house file that he wants to append (augment data to). The second part is postal mailing.

He is looking for 10MM records and would like a call.

He is looking to move very "quickly" on this and would like a call today.

Are you available today for a call?

Confidential
CONFIDENTIAL

ASL_00000002
USAO_Rel_000388305

GX2302

© 2025 DOAR

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
| --- | --- | --- | --- | --- |

**From:** Olivier Amar <olivier@withfrank.org>
**Sent:** Monday, August 2, 2021 6:22:06 PM
**To:** Charlie Javice █████████████████████
**Subject:** Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21

Would love this for Marketing Automation to boost our lists to market scholarships and class finder.

Nice!

| | |
| --- | --- |
| **From:** | Charlie Javice ███████████████████████ |
| on behalf of | Charlie Javice ████████ |
| **Sent:** | 8/2/2021 10:30:13 PM |
| **To:** | Olivier Amar [olivier@withfrank.org] |
| **Subject:** | Re: List Count Report for 1201 Charlie Frank Revised-1201 ACC 08/02/21 |

I'm on it!! Let me get board approval and will be awesome

GX1577

# Got Clearance From Board

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|

## August 2-3, 2021

| Timestamp | Sender | Message |
|---|---|---|
| 8/3/2021 12:46:57 PM(UTC+0) | s.whatsapp.net Charlie Javice | Where are we with ASL? |
| 8/3/2021 12:48:25 PM(UTC+0) | s.whatsapp.net Charlie Javice | Michael signed off |

## August 3, 2021

| Timestamp | Sender | Message |
|---|---|---|
| 8/3/2021 4:22:50 PM(UTC+0) | s.whatsapp.net Charlie Javice | On with Michael and [another] and they both said buy it and move quick |
| 8/3/2021 4:34:39 PM(UTC+0) | s.whatsapp.net Olivier Amar | I have the 3m at 5 cents |
| 8/3/2021 4:34:53 PM(UTC+0) | s.whatsapp.net Olivier Amar | so 150K |
| 8/3/2021 4:35:04 PM(UTC+0) | s.whatsapp.net Charlie Javice | Do it |

GX801-06; GX801-09

© 2025 DOAR

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |



## Jennifer Zeitler Testimony

```
24        THE COURT:  Tell us, with whom did you have this
25   discussion?
 1        THE WITNESS:  Jen Wong.
```

```
 7        THE WITNESS:  Okay.  I told her it was bad email
 8   practice to buy lists and send it out to people who weren't
 9   expecting it, that we just stick with the list of people that
10   we got organically, that actually opted into our emails.
```

Trial Tr. 3092:24-3093:1; 3093:7-10

© 2025 DOAR

P341JAV1                                                                    1024

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   UNITED STATES OF AMERICA,
 4        v.                          23 Cr. 251 (AKH)
 5   CHARLIE JAVICE, OLIVIER AMAR,
 6        Defendants.                 Jury Trial
     ------------------------------x
 7                                    New York, N.Y.
                                      March 4, 2025
 8                                    10:00 a.m.
 9   Before:
10            HON. ALVIN K. HELLERSTEIN,
11                                    District Judge
12                  APPEARANCES
13   MATTHEW PODOLSKY
          Acting United States Attorney for the
14        Southern District of New York
     BY:  MICAH F. FERGENSON
15        RUSHMI BHASKARAN
          GEORGIA V. KOSTOPOULOS
16        NICHOLAS W. CHIUCHIOLO
          Assistant United States Attorneys
17
18   BAEZ LAW FIRM
          Attorneys for Defendant Charlie Javice
19   BY:  JOSE A. BAEZ
20   RONALD SULLIVAN LAW PLLC
          Attorneys for Defendant Charlie Javice
     BY:  RONALD S. SULLIVAN, JR.
21
22   RICHARD M. DE MARIA
          Attorney for Defendant Charlie Javice
23   QUINN EMANUEL URQUHART & SULLIVAN, LLP
          Attorneys for Defendant Charlie Javice
24   BY:  CHRISTOPHER TAYBACK
          ERICA PERDOMO
25        EOIN BEIRNE
          KIRSTEN NELSON

              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300
```

## Jennifer Wong Testimony

```
 9   Q.  After discussing with Ms. Zeitler, did you discuss the
10   email campaign again with Mr. Amar?
11   A.  Yes.
12   Q.  And did you discuss Ms. Zeitler's views on the email
13   campaign, with Mr. Amar?
14        THE COURT:  Did you tell Mr. Amar what Ms. Zeitler
15   said to you?
16        THE WITNESS:  I don't remember reciting it exactly
17   about what her view was, but—
18        THE COURT:  In substance.
19        THE WITNESS:  In substance, we were worried about the
20   performance or the results of a marketing campaign.
21   BY MR. FERGENSON:
22   Q.  And why were you worried about the performance or the
23   results?
24   A.  Usually when we email users that have not signed up
25   for—have not given their emails to us, they're generally less
 1   receptive to opening those emails.
```

Trial Tr. 1053:9-1054:1

© 2025 DOAR

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|



## Jen Wong Testimony

19  Q.   Now did there come a time when Mr. Amar discussed a

20  marketing campaign using third-party data with you?

21  A.   Yes.

22  Q.   And approximately when was that?

23  A.   Summer 2021.

2   Q.   And Ms. Wong, what ultimately happened with this proposed

3   email campaign using third-party data?

4   A.   We didn't do it.

Trial Tr. 1049:19-23, 1054:2-4

© 2025 DOAR



## Ryan MacDonald Testimony

```
19   Q.  Now, in terms of this email campaign, to go back to this

20   one, the two emails that are depicted here, they don't mention

21   Frank, do they?

22   A.  They don't.
```

Trial Tr. 2436:19-22

© 2025 DOAR

# JPMC's Pretextual Summer 2022 Email Blast/Campaign

| Defensive Play | Mason Young | Data | Fake Validation | **ASL List** |
|---|---|---|---|---|



## Jennifer Zeitler Testimony

17  Q.   Now, the e-mail blast, ==did it have Frank anywhere on the==
18  ==e-mail blast?==
19  A.   ==It didn't.==
20  Q.   So these were people receiving ==cold e-mails from JPMorgan==
21  Chase only?
22  A.   ==Yes.==

---

9   Q.   And the content of the email was ==selling Chase products,==
10  right?
11  A.   Correct.
12  Q.   ==Now you'd expect higher rates around the board if you had==
13  ==sent it from your Frank email list, correct?==
14  A.   ==Yes.==

---

16       THE COURT:   Why do you say that?
17       THE WITNESS:   Because they had opted into our emails.
18  ==They would have expected to see something from us.==

Trial Tr. 3083:17-22, 3089: 9-18

© 2025 DOAR

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |



## Jenny Zeitler Testimony

A.   Because they're not asking for the e-mail.

So, if you send a lot of e-mails like that, popularly known as spam, then your sender score goes down and then less e-mails get out or to get to the intended people that actually want your e-mails.

Trial Tr. 3083:7-11

© 2025 DOAR

Defensive Play        Mason Young        Data        Fake Validation        ASL List



1440 W. Taylor Street, #402
Chicago, IL 60607

## Quote + Purchase Order List Rental

Sales Contact:      Donald Harger                Insertion Order Number:      1119586

Sales Email:        dharger@exactdata.com        Client Order Number:

Contract Date:      March 13, 2020                Delivery Date:      March 20, 2020

GX2025

© 2025 DOAR

| Defensive Play | Mason Young | Data | Fake Validation | ASL List |
|---|---|---|---|---|

## GX2330



**Total Cost**
$105,000.00

## CJ2171



**$ 105,000.00** *AMEX Card Indebtedness*

GX2330; CJ2171

© 2025 DOAR

**Defensive Play** | **Mason Young** | **Data** | **Fake Validation** | **ASL List**

---

From: Macdonald, Ryan S (CCB, USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F24A99.7B872644CBBB2EBBE2D4A6AFC1-F0025941]
Sent: Charlie (CCB, USA) [Charlie.javice@chase.com]; Reichert, Kelley A (CCB, USA)
To: [kelley.a.reichert@jpmchase.com]

**From:** Javice, Charlie (CCB, USA) <charlie.javice@chase.com>
**Sent:** Monday, January 10, 2022 8:09:10 PM
**To:** Macdonald, Ryan S (CCB, USA) <ryan.s.macdonald@jpmorgan.com>; Reichert, Kelley A (CCB, USA) <kelley.a.reichert@jpmchase.com>
**Cc:** Hansen, Lorraine C (CCB, USA) <lorraine.c.hansen@jpmorgan.com>; Biondi, Jane O (CCB, USA) <jane.o.biondi@chase.com>; Troutman, Jameson (CCB, USA) <jameson.troutman@chase.com>; Cotter, Logan M (CCB, USA) <logan.m.cotter@jpmchase.com>; Campanelli, Marcia D (CCB, USA) <marcia.d.campanelli@chase.com>; Seideman, Neil (CCB, USA) <neil.seideman@chase.com>; Gromada, Matt (CCB, USA) <matt.gromada@chase.com>; Adelsberg, Jay (CCB, USA) <jay.adelsberg@chase.com>; Divilek, Sonali (CCB, USA) <sonali.divilek@chase.com>
**Subject:** RE: Following up with marketing assumptions

Thanks Ryan!

Question 1: I do not think partners take issue but they do want to be clearly informed with key strategic decisions so they can evaluate the ask accordingly. That said, I do not think a "bait and switch" of selling students financial aid help with frank and then marketing chase financial products will work. This is why we developed an integrated chase student strategy which I do think works for everyone and puts students first.

Will try the best I can over email recap below.

On 1: we cannot test a "bad" ad experience with partner channels. the model is that colleges and SLM are currently paying us to use our Frank service. If we monetize on top of that without informing them or offering them anything, I would be really surprised that they continue to send us traffic. The premium / free works if you are charging a student something or an institution a large amount and you tell them you are waiving or highly discounting the fee to not get ads. We would need to ask the partner their appetite for fundamental visible change to the student experience they have on their college app. Chase contractually can use the data (hence integrated approach and no ads recommendation). Please note and all can terminate other then SLM at no cost.

For more context on what colleges expect for a "bad" experience with ads for checking accounts and price: the benchmark as I'm sure you've seen the college RFPs. colleges partner with one select checking account partner and charge $50-$100 a student on enrollment size. This is why we believe an integrated approach would work and have socialized so we don't need to pay a college. We could make the product free powered by Chase or whatever brand we decide while sharing the data with Chase. Ads get complicated given the traditional referral bonus and happy to share



FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A. CONFIDENTIAL

JPMC_00000674
USAO_Rel_00022141

---

**Frank Data Strategy:**

1. **Local Search:** Frank can leverage Chase physical branch locations to win the local financial aid search and top page search ranking driving millions more families to Frank/Chase digital assets. Frank will now have a "location" in every community and campus.

2. **Remarketing & Audience Building:** Frank can segment data to target any new customer segments at a micro level. From zipcodes to degree types to specific colleges and families who are homeowners, Frank can build audiences which will lower the cost of acquiring Chase customers by up to 60% in the next 18 months.

3. **Content Marketing & SEO:** Frank will supercharge content and create content at a level that outpaces nerdwallet and the government combined with 500-1,000 pieces of video, guides, articles and posts a month to be located on both Chase and Frank. With the site authority of both entities, Frank will outrank both nerdwallet, credit karma and bankrate for financial content within 18-24 months.

4. **Increase Account Openings:** Frank's products appeal to high school and college students. From FAFSA, Frank users can automatically open checking and card accounts by opt-in of financial disclosures. This eliminates major application drop offs and opens a new channel to market to.

5. **Targeted Product Recommendations:** Frank can pre-qualify customers based on FAFSA data to show relevant products by segment optimizing product conversation and approval rates

Confidential

USAO_Rel_002239671

---

GX1016; OA251

# No One Robs The Bank And Then Puts The Money Back In The SAME Bank



GX2122-2; GX2124-1

© 2025 DOAR

On Fri, Jun 25, 2021 at 12:27 PM Koskovolis, Luke <LKoskovolis@liontree.com> wrote:

Hi all – see below for an initial list. Let me know if any questions

- User data
    - o Paid vs. Non-paid graphs – LT to create
    - o June 2021 FAFSA data
    - o Further pathway data on users listed in the current draft
- Impressions
    - o I know you all are working on the traffic data we discussed yesterday
    - o Is the 3.3mm impressions number Olivier quoted something we can get on a monthly or quarterly basis and upload to the VDR? Think that would be good to follow up with since we mentioned it in whatever form we can produce it
- SEO data
    - o Anything we can add here to be responsive to what Olivier walked Daniel through on what SEO terms we appear on?
- Any other pdfs we have that we have screenshared the last few days would be great to upload

FOIA Confidential Treatment Requested by JPMorgan Chase Bank, N.A.
CONFIDENTIAL

JPMC_00042564
USAO_Rel_000063312

GX3017

142
© 2025 DOAR

| Defensive Play | Mason Young | Data | **Fake Validation** | ASL List |



Trial Tr. 1512:17-1513:13

## Alex Sweeney Testimony

17  Q.  After this was over in ==March of 2022==, you got back involved

18  with Frank when there was discussions about how many marketable

19  users there were.  Do you recall that?

20  A.  Yes.

21  Q.  At that point in time you had an e-mail exchange with

22  Leslie Wims Morris where she did not want you to disclose

23  anything about the Acxiom exercise and told you to keep it

24  tight.

25        Do you recall that?

1  A.  Is there something you are referencing?  I don't recall off

2  the top of my head.

3  Q.  Yes.

4        MR. BAEZ:  Let's bring up CJ 0474.

5  Q.  Do you see that this is an e-mail from her to you?

6  A.  Yes.

7        MR. BAEZ:  Let's close that out and let him read it so

8  it may refresh his recollection.

9  Q.  ==Do you see that where she is asking you to keep it tight?==

13  A.  ==That is what the words say, yes.==

© 2025 DOAR