# EXHIBIT D – CJ-2168

An official website of the United States government.    Skip to Main Content    Help Center

Federal Student Aid | PROUD SPONSOR of the AMERICAN MIND®    Log In

KNOWLEDGE CENTER ⌄    TRAINING ⌄    FINANCIAL AID DELIVERY ⌄    TITLE IV PROGRAM ELIGIBILITY ⌄    PARTNER CONNECT SERVICES ⌄

What's New    Library    Topics    Main Content Start    🔍 Search Knowledge Center    Search

Knowledge Center Home › Library › Electronic Announcements › StudentAid.gov Enhancements and Modifications Starting July 2022 (Updated Dec. 12, 2022)

# (GENERAL-22-42) StudentAid.gov Enhancements and Modifications Starting July 2022 (Updated Dec. 12, 2022)

**DEFENDANT'S EXHIBIT CJ 2168**
S1 23 Cr. 251 (AKH)

🖨 Print

**Tags**

Electronic Announcements

All Title IV Federal Student Aid...

General

POSTED DATE: July 11, 2022
AUTHOR: Federal Student Aid
ELECTRONIC ANNOUNCEMENT ID: GENERAL-22-42
SUBJECT: StudentAid.gov Enhancements and Modifications Starting July 2022 (Updated Dec. 12, 2022)

ⓘ **Note**

Beginning Dec. 12, 2022, and continuing on a rolling basis for the next couple months, Federal Student Aid will require existing customers to set up two-step verification the next time they log in to StudentAid.gov if they have not already done so. A brief description about two-step verification is provided in the announcement below.

On July 10, 2022, we made additional updates to StudentAid.gov 🔗 features designed to improve the information and self-service tools available to our customers. These updates continue Federal Student Aid's (FSA's) commitment to improve customer experiences and outcomes through ongoing modernization of our technology, tools, and resources.

This announcement summarizes updated features that are now available.

## Updated Features on StudentAid.gov

These features were added or updated with this release.

- **Two-Step Verification** – This process requires customers to provide two or more pieces of information to verify their identity when logging in to StudentAid.gov. Customers will use their username and password (FSA ID) and will also need to provide a secure code that is provided to the user by text, email, or through an authenticator app.

  As of July 10, all new customers (users creating an account for the first time) are required to set up one or more two-step verification methods (text, email, or authenticator app) as part of the "Create an Account" process. Existing customers will have the option to add two-step verification to their account in "Settings." Once one or more two-step verification methods are set up, the customer will receive a secure code each time he or she logs in to StudentAid.gov.

  Beginning in November 2022, we will require existing customers to set up two-step verification during the log-in process if they have not already done so. This requirement will be implemented on a rolling basis to minimize impacts to customers and our contact centers. Additional information will be provided in the fall.

  Federal Student Aid contact centers are prepared to assist users with questions about the new process. In addition, the Aidan® virtual assistant has been updated to include information about two-step verification.

- **Public Service Loan Forgiveness (PSLF) Employer Search** – We added a new PSLF Employer Search which allows customers to search for qualifying PSLF employers without logging in to the PSLF Help Tool. The PSLF Employer Search provides easy-to-follow prompts and guides users through the process to determine if their employer qualifies for PSLF. Users will receive a message about next steps if their employer qualifies for PSLF, does not qualify for PSLF, or isn't listed in the database.

  The employer search functionality is accessible to any user on StudentAid.gov, regardless of whether the user is logged in to the site or not. The link for the PSLF Employer Search is StudentAid.gov/pslf/employer-search 🔗.

- **Additional Website Updates** – We made modifications and improvements to several features across the website including:
  - Aidan® virtual assistant
  - Borrower defense application experience
  - Income-driven repayment (IDR) plan landing page
  - Master Promissory Note (MPN)
  - PLUS Application
  - Status Center
  - StudentAid.gov home page and search functionality
  - "Submit a Complaint"

Total and Permanent Disability (TPD).

As a reminder, we retired the myStudentAid mobile app on June 30, 2022 (see a separate announcement posted on June 28, 2022). As of July 10, 2022, the myStudentAid mobile app is no longer available in the app stores.

## Additional Features and Enhancements Continuing in 2022

Throughout 2022, we will continue to add tools and enhance current features to improve our customers' understanding of and interactions with the *Title IV* programs. Details about new tools and features will be provided in forthcoming Electronic Announcements posted on the FSA Partner Connect Knowledge Center.

We will also share information about FSA's modernization efforts through partner emails, social media posts, and targeted outreach campaigns to ensure everyone knows what to expect going forward.

We appreciate your interest and support of FSA's modernization efforts.

Last Modified: 12/12/2022

**KNOWLEDGE CENTER**
- Knowledge Center Home
- FSA Handbook
- Knowledge Center FAQs

**TRAINING**
- Training Resources
- FSA Training Conference
- Financial Aid Toolkit

**FINANCIAL AID DELIVERY**
- Application & Verification
- Calculating Awards & Packaging
- Origination & Disbursement
- Campus-Based Processing
- Return of Title IV Funds
- National Student Loan Data System (NSLDS)
- Reconciliation & Closeout
- Default Prevention & Management
- Federal Student Aid Systems & Services Enrollment Information

**TITLE IV PROGRAM ELIGIBILITY**
- Title IV Participation Application
- Third-Party Servicers
- Guaranty Agency Program Review
- Audit Submissions
- eCDR Appeals
- Cybersecurity
- School Closure

**STUDENT, PARENT, BORROWER ACCOUNTS**
- Account Search
- Date Range Search
- Record ID Search

**PARTNER PROFILES**
- School Search
- School Third-Party Servicer Search

**ADDITIONAL RESOURCES**
- Reports
- Case Management

**MORE INFO**
- About This Site
- Data Center
- Help Center
- Feedback Center
- Important Dates
- Helpful Links

Federal Student Aid | PROUD SPONSOR of the AMERICAN MIND®
An OFFICE of the U.S. DEPARTMENT of EDUCATION

FOIA | Privacy | Security | Notices | USA.gov | Ed.gov

CJ-2168.0002