# EXHIBIT E – CJ-1704

INHERSIGHT      Companies   Jobs   Articles   For Employers

DEFENDANT'S EXHIBIT CJ 1704
S1 23 Cr. 251 (AKH)

Blog › Women to Know

# Meet the Woman Making Quality Education Affordable for All

25-year-old Charlie Javice shares the most important lesson she's learned in her career

By **Cara Hutto**



From a young age, Charlie Javice has done everything in her power to make a difference in the lives of the people around her. From starting a food bank in the ninth grade to founding a social impact network that enables students to learn about and invest in social initiatives, Javice is fiercely passionate about helping those in need.

Over the years, she has noticed how education can be a crucial gateway to opportunity that, for many, remains closed due to circumstance. Javice believes that education is a right, not a privilege, and that's what inspired her to start her company, Frank. As the founder and CEO, her mission is to provide all students with the ability to afford the school of their dreams with access to financial aid and collegiate resources.

Javice knows that higher education is essential to empowering the minds of young people, so she designed Frank's online platform to simplify the time-consuming financial aid application process. Since its launch, Frank has helped over 250,000 families benefit from an impressive $6.3 billion in free financial aid, with those numbers increasing every day. Javice's altruism has facilitated a monumental — and fundamental — shift in access to college for all.

At InHerSight, we commend the women who've had the courage and perseverance to follow their dreams and passions. We had the pleasure of speaking to Javice about Frank, her inspiration, and the challenges associated with being a leader.

**Editors' Picks**

'I Got Promoted. Now What?' Sage Advice from Career Coaches & Managers Who've Been There

38 Icons Who've Changed the Course of Feminism

How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›

38 Icons Who've Changed the Course of Feminism

How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›

38 Icons Who've Changed the Course of Feminism

How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›

38 Icons Who've Changed the Course of Feminism

How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›

38 Icons Who've Changed the Course of Feminism

How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›

38 Icons Who've Changed the Course of Feminism

How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›

38 Icons Who've Changed the Course

**InHerSight**
### Where did you get the inspiration to start Frank?

Javice

While volunteering with inner city kids in Philadelphia, I learned that so many of them don't view college as a real option, and some even expect to be in prison before they have the chance to graduate from high school. In addition to that, many schools just don't have the resources to help students understand and work through the process. The experience really ignited a fire in me that this is an area where I wanted to make an impact.

**InHerSight**
### What was your career experience before Frank, and how has it helped you in your current ventures?

Javice

I started a food bank at my school when I was in ninth grade that is still active and serving about 300 meals a month. While studying at UPenn, I founded PoverUp, which is a social impact network where students can learn, connect, and invest in socially impactful ventures. Upon graduation, I started a company called Tap'd. Tap'd is a new credit score [agency] for students, to help them get access to cheaper credit to be able to get student aid for college. Tap'd actually pivoted into Frank, giving me the ability to bring my passion for helping others get an education to life. These experiences taught me that success is a journey. It doesn't always come easy, and it's definitely not always pretty, but if I work hard enough and surround myself with a great team, anything is possible.

**InHerSight**
### You're only 25. What are the challenges associated with being a young CEO?

Javice

Honestly, my age. Sitting in a room with those older and "wiser," it's more difficult to gain their trust and respect. It's taught me a lot about myself and has shown me how resilient I can truly be.

**InHerSight**
### In your experience as a CEO, what are the benefits of providing positive feedback to employees?

Javice

Growing up in a rigorous French education system where negative grades and only negative feedback are status quo, I've had to learn to reinforce positive feedback more often and not only convey improvements. Congratulating people on the small things often truly makes a world of a difference.  This ensures that when you do provide feedback or receive feedback on improvements, your relationship is strong enough, and you know the feedback comes from a place of respect and integrity. Only then can feedback lead to positive change and really be heard.

**InHerSight**
### Some of Frank's values include 'be resilient,' 'learn often,' and 'embrace diversity.' How do you channel these values into your leadership as a woman in a male-dominated field?

Javice

By rolling up my sleeves and leading by example, I show my team each day that I am willing


of Feminism


How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›

How to Become a CEO: Ladder-Climbing from University to C-Suite

More articles ›



to get "down in the trenches" and work right beside them. We have one goal, and I am there 100 percent every step of the way.

**InHerSight**
**How do you maintain a good work-life balance?**

Javice

I try to maintain a work-life balance by actively scheduling a regular time to unplug and holding myself to it. It really helps me come back more creative and energized. From Friday night to Saturday sundown, I don't touch my work email and just focus on spending time with friends.

**InHerSight**
**You're advocating for inclusion and diversity to make the American Dream a reality. What strides do you hope to see in the nearby future?**

Javice

I'm hoping to help bridge the gap between students and the billions of dollars in financial aid each year that go unclaimed. I hope that all students, regardless of race or income will have access to financial aid and college resources — that they will know how to properly file FAFSA, apply to college, and be able to find the grants and scholarships they deserve without having to take out thousands of dollars in student loans. Education is a right, not a privilege.

**InHerSight**
**What is the most important lesson you've learned in your career? What advice do you have for other women looking to have meaningful careers in education?**

Javice

In a word: resilience. Things don't always turn out the way you want them to, but keep trying and don't give up.

For more empowering stories of working women making waves, check out InHerSight's features on successful professional women.

---

*By Cara Hutto*

*Born and raised a Tar Heel, Cara Hutto is a culinary aficionado and zealous writer consumed by wanderlust. She's passionate about women's issues and interviewing inspirational women in her community.*

**About our author**



**Cara Hutto**
Social Content Engagement Editor

Cara Hutto is on staff at InHerSight, where she writes about workplace rights, mental health, job searching, diversity, and allyship. She holds a bachelor's degree in media and journalism from the University of North Carolina-Chapel Hill.



Share this article

## Recent



Finding a Job

### Looking for a Work-from-Home Job with No Experience? Here Are 11 Roles to Explore

No experience? No problem



Mental Health

### 40 Creative Journaling Prompts for Finding Joy & Fulfillment at Work

Prompts for recharging, soul searching, finding your passion, and more



Career Development

### What Is Your Purpose? 7 Questions to Help You Find Your Path

Self-reflection and the secret to leading a fulfilled life



Career Development

### The Power of Microcredentials: Elevate Your Career with Specialized Skills

Your path to upskilling and reskilling



Culture & Professionalism

### How to Communicate a Family Emergency at Work: Clear Steps and Examples

Email templates for your manager and team



Culture & Professionalism

### Disagreeing with Empathy: Navigating Conflicts with More Understanding & Less Compromising

The customer isn't always right

## Popular

1. 30+ Work Friends Quotes to Celebrate Your Favorite Coworker
2. 16 Creative Excuses to Leave Work Early (Without Raising Suspicion)
3. Discover Your Career Here: 3 Key Traits of a Company That Supports Nonlinear Growth

### About InHerSight

InHerSight is the career navigator for working women. Founded on the belief that data measurement leads to advancement, we manage the largest database of women-rated companies, and we use those insights to match our users to jobs and companies where they can achieve their goals. Anonymously rate your current or former employer now to unlock our one-of-a-kind resources.

Rate now

### Topics in this article

Advancement    Equal Opportunities    Women to Know

More articles

## IN HER SIGHT

Better workplaces for women. At InHerSight, we use data to help women find and improve companies where they can achieve their goals.

Learn more ›

**Menu**
Best Companies for Women
Job Matches
Articles
Browse Companies
A–Z Company Directory
Browse Jobs
Rate a Place You've Worked
For Employers

**Help**
Privacy Policy
Terms of Use
Contact Form

**Contact**
2608 Erwin Road
Suite 148 #300
Durham, NC 27705

hello@inhersight.com

© 2024, InHerSight v3536