# EXHIBIT L – CJ-1713



DEFENDANT'S EXHIBIT CJ 1713
S1 23 Cr. 251 (AKH)

