# EXHIBIT M – CJ-1716

