# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

April 28, 2025

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charlie Javice and Olivier Amar*,
      23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Defendant Olivier Amar respectfully submits this letter to request a 3-day adjournment of the deadlines pertaining to Defendants' Rule 29 and Rule 33 motions. The modified deadlines would be as follows:

- Defendants' opening briefs due **May 1, 2025**;
- Government's opposition briefs due **May 16, 2025**;
- Defendants' reply briefs due **May 23, 2025**;

Counsel for Mr. Amar has spoken with the Government and counsel for Ms. Javice, who do not oppose.

Respectfully yours,

/s/ *Sean S. Buckley*
Sean S. Buckley
Jonathan D. Cogan
Alexandria E. Swette
KOBRE & KIM LLP

**AMERICAS** (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. Alvin K. Hellerstein, U.S.D.J.
April 28, 2025
Page 2

        800 Third Avenue
        New York, NY 10022
        Tel: (212) 488-1200
        Sean.Buckley@kobrekim.com
        Jonathan.Cogan@kobrekim.com
        Alexandria.Swette@kobrekim.com

        *Counsel for Defendant Olivier Amar*