# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

June 24, 2025

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charlie Javice and Olivier Amar*,
       23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    We write on behalf of Olivier Amar, whose sentencing hearing in the above-referenced matter is scheduled for July 23, 2025. Mr. Amar respectfully requests that the hearing be adjourned until August 26, 2025, at 11:00 AM, the same time as his co-defendant Charlie Javice. The Government does not oppose this request.[1]

    Mr. Amar requests this short adjournment due to personal circumstances. Mr. Amar's 20-year-old son, Roey, currently serves in the Israeli Defense Forces. Roey had arranged his once-annual leave so that he could be in the United States for Mr. Amar's July 23 sentencing. Roey's leave had to be temporarily postponed, however, due to the escalating conflict. Mr. Amar's hope is that his son will be able to attend his sentencing in August.

                                                         Respectfully yours,

                                                         /s/ *Alexandria E. Swette*
                                                         Alexandria E. Swette

                                                         *Counsel for Defendant Olivier Amar*

---

[1] Counsel for Mr. Amar have discussed the request with Probation and do not expect them to oppose.

Americas (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Caribbean (BVI, Cayman Islands), EMEA (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim LLP, a New York Limited Liability Partnership.