**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

July 30, 2025

So ordered
7-30-25
/s/ Alvin Hellerstein

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charlie Javice and Olivier Amar*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/
Rushmi Bhaskaran
Assistant United States Attorney
212-637-2439

Cc: Counsel of Record (by ECF)