UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                      :

UNITED STATES OF AMERICA,            :     **SCHEDULING ORDER**

       -against-                                           :     23 Cr. 251 (AKH)

CHARLIE JAVICE,                          :

                         Defendant.      :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing hearing scheduled in this case for September 29, 2025 at 10:30 a.m. will be held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

       By September 24, 2025, the parties shall submit (via email to HellersteinNYSDChambers@nysd.uscourts.gov) a joint list of the attorneys expected to appear on the record at this proceeding.

       SO ORDERED.

Dated:      September 8, 2025                         /s/ Alvin K. Hellerstein
              New York, New York                    ALVIN K. HELLERSTEIN
                                                                  United States District Judge