# EXHIBIT B

DECLARATION OF ROBERT E. CELL

Valuation of Frank as of its Acquisition by JPMorgan Chase

I. Executive Summary

Acquisition target valuations generally rest on two components: (1) the intrinsic, stand-alone value of the target company, and (2) the synergistic value, defined as the present value of the future cash flows the acquirer expects to generate by operating the target with synergies fully realized. Both aspects are essential to the process of valuing the acquisition target as of the acquisition date. In practice, transactions occur when acquirers with significant synergy opportunities are able to purchase a target for a price above its intrinsic value but below the full synergistic value—creating a "win-win" outcome that underpins M&A activity. In the case of Frank, JPMorgan Chase ("JPMC")—and indeed any large financial institution—stood to realize substantial synergy by deploying capital into Frank's competitively advantaged digital marketing platform. That investment would have driven growth in signed-up users and overall web traffic, and driven customers to JPMC.

Based on the information reviewed[1], it is my opinion that the value of Frank to JPMorgan Chase at the time of acquisition would reasonably have exceeded the $175 million purchase price. According to JPMC's own valuation models and the levels of investment it projected, JPMC would reasonably have expected to recoup its investment rapidly and achieve multiples of the purchase price thereafter. These value streams were to be driven by JPMC's planned $6-10 million annual advertising spend to grow Frank. Those annual investments would have: grown signed-up users, fueled Frank's competitively advantaged marketing engine, and led Frank into the next phase of value creation - monetizing its consumer base. However, JPMC chose not to execute its own plan to deploy Frank's marketing engine. The result is that the acquisition's failure to extract the value of Frank to JPMC is more likely attributable to post-closing execution decisions by JPMC than to the number of signed-up users as of the closing of the acquisition.

---

[1] I reviewed the following materials for my analysis:
- Trial testimony of: Leslie Wims-Morris, Sarah Youngwood, Jennifer Wong, and Marc Rowan.
- GX1591 - Final deal review PowerPoint deck.
- "Finland Synergies" valuation modeling (JPMC_00768762-70).
- GX414 - Google Analytics spreadsheet.
- GX1.1 - Frank PowerPoint deck.
- GX3.1.2 - Frank's marketing spend data.

II. Introduction and Qualifications

I submit this report, providing analysis regarding the acquisition of Frank by JPMorgan Chase & Co. My perspective is shaped by more than three decades of experience across corporate development, investment banking, and venture capital. Specifically:

1. Leader of corporate development for a Fortune 500 company, where I analyzed and executed scores of transactions.

2. Managing Director of an investment bank and head of its acquisition advisory practice, where I advised on approximately 100 transactions.

3. Entrepreneur, co-led venture capital fundraising for more than 10 high-growth companies.

4. Venture capitalist with direct investment experience in ~20 high-growth, early-stage companies.

Education: MBA: Graduate, with High Distinction, Michigan Business School and Bachelor of Science from the University of Michigan Engineering College.

This combination of experiences provides a uniquely relevant perspective: I understand both the synergistic value drivers that large acquirers such as JPMC seek, and the valuation dynamics of high-growth platforms like Frank.

III. Core Opinion

Based on the information reviewed, the present value to JPMC of Frank's future synergistic contributions, as of the acquisition date, more likely than not exceeded the $175 million price. This conclusion reflects four pillars of synergistic value to JPMC:

1. Signed-up user growth generated under JPMC's acquisition budget.

2. A marketing engine that delivered website visits (sessions) at a structural cost advantage relative to industry benchmarks.

2

3. Monetization potential of Frank consistent with the trajectory of comparable high-growth platforms.

4. Defensive value from preventing competitors from capturing these advantages.

IV. Background

In 2021, JPMC acquired Frank, a fintech platform focused on simplifying and facilitating the FAFSA and student financial aid process. While Frank reported 4.25 million website users, in fact Frank had substantially fewer signed-up users as of closing (estimates between 293,000 and 500,000 signed-up users).

In my opinion, the discrepancy in this one component of Frank's synergistic value was far less significant to JPMC's overall deal value than JPMC's own decision not to realize the value it had planned—generating future users and leveraging Frank's proven marketing efficiencies through the intended $6–10 million annual advertising spend.

V. Analysis

A. Signed-Up User Growth

JPMC's valuation materials assigned approximately $143 (and as high as $202) of value to JPMC per Frank signed-up user. In addition, JPMC's "Project Finland" deal summary (GX1591) contemplated an annual $6-10 million advertising spend for Frank, funding user acquisition. Assuming a $10 cost of acquiring each signed-up user—well above Frank's actual average of $4.50 over four years and its achieved $1 CAC from 2019–2021, prior to closing—JPMC's planned budget would have generated approximately 50,000 new signed-up users per month with a $6 million annual investment, or about 83,000 per month with a $10 million investment. For conservative estimation, the following projections assume a $6 million annual spend and a $10 CAC per signed-up user. Applying JPMC's own valuation of $143 per signed-up user:

- The cumulative signed-up user value surpasses $175 million in the first half of 2023.

- It surpasses $350 million (2x purchase price) in the Fall of 2024.

3

B. Marketing Engine

Frank's marketing engine generated website sessions at costs as low as $0.08 each in 2020, compared with $5–$75 per click for search ads targeting similar financial consumers. This advantage gave JPMC the ability to acquire customers for its products and services at a fraction of the cost typically paid across the financial services industry, which relies heavily on Google's cost-per-click model (with web sessions being roughly comparable in value).

The ultimate scale of this benefit would have depended on how JPMC's marketing team deployed Frank's platform across its $3 billion marketing budget. It is reasonable to expect that the team could have generated compelling impressions for Frank's consumers and converted a meaningful share of those sessions into JPMC customers.

For projection purposes, Frank's platform is assumed to deliver sessions at an average cost of $1.50 per session after the acquisition—a conservative estimate well above its historical average. Under this assumption, JPMC would have realized the following value from applying Frank's platform to its own business:

- JPMC value from marketing savings surpass $175 million in mid 2024.

- JPMC marketing synergies surpass $350 million by the end of 2025.

C. Value of Monetizing Frank's Traffic

Frank had high potential in its own business. Although it had not yet begun to monetize its valuable customers, it was following a path that many other successful fintech startup companies followed during the same time period.

4

High-growth, fintech platforms typically follow a predictable progression, as articulated by acclaimed marketing strategist Geoffrey Moore: first acquire users efficiently, then build engagement and trust, and only thereafter monetize at scale. Frank had already completed the first two stages prior to acquisition. As a gateway for students to attain significant student loans and with the backing of JPMC's brand, trust, and distribution network, Frank was exceptionally well-positioned to evolve into a leading fintech portal—driving cross-sells to JPMC's other businesses, such as credit cards and mortgages, as well as potentially unseating SoFi as the growing source for student loan refinancing. The monetization of Frank's consumers is assumed to begin in mid 2022 and grow ratably thereafter.

To put this in broader context: 2021 was a breakout year for fintech valuations, with the global fintech "unicorn" count exploding to 235, including 157 new unicorns during that year alone (This Week in Fintech[2]). That surge underscores how quickly fintech businesses scaled into high-value, enterprise-level operations once they had unlocked user trust and engagement - and Frank was on its way, especially with the resources of JPMC (which was valued at ~$500B at the time) behind making Frank another of JPMC's leading financial business, as it had planned with the annual $6-10 million investment to grow Frank into a highly valuable company.  Under my modeled scenarios, Frank's monetization path demonstrates this potential:

- Business value of Frank's consumers exceeds $175 million by Q2 2024.
- Frank's monetization value rises above $350 million in Q2 of 2025.

D. Defensive Value

In addition to the potential value streams outlined above—user growth, marketing efficiency, and monetization—the acquisition of Frank also carried a significant defensive dimension for JPMC. If another bank acquired Frank, all of the value described in the preceding sections would likely have actually been captured by a bank that chose to invest the growth capital that JPMC had planned - and that would have harmed JPMC.

If a competitor such as Bank of America, Wells Fargo, or Capital One had acquired Frank and achieved the synergies described, JPMC would likely have faced three distinct defensive risks:

---

[2] https://www.thisweekinfintech.com/content/files/reports/cb-insights_fintech-report-2021.pdf

5

1. Youth Demographic Entrenchment
   Frank's user base consisted of students and young adults at the very start of their financial journeys. Capturing this demographic translates into lifetime account relationships for checking, savings, credit cards, and eventually mortgages and other products. Allowing a competitor to anchor these relationships would have eroded JPMC's ability to replenish its customer base as older cohorts aged out.

2. Marketing Cost Disadvantage
   Frank's structural marketing advantage—sessions generated at pennies on the dollar relative to industry CPC—would not only benefit a competitor's acquisition funnel, it would simultaneously raise JPMC's relative cost of acquisition. In other words, if Frank were weaponized by a rival, JPMC would either lose market share or be forced to spend materially more per account just to hold share.

3. Platform Lock-In and Brand Halo
   Once embedded into student financial aid and education financing, Frank had the potential to become a default financial gateway portal for a generation of consumers. If another bank captured this role, JPMC would have lost the ability to influence this cohort on a portfolio of highly valued financial decisions over the lives of these consumers.

It may be fairly assumed that JPMC's loss of value would be approximately equal to its 15% share of the core student checking market—the defensive value of neutralizing this risk could reasonably have exceeded the $175 million purchase price at closing. Over the medium term, protecting this share could have been worth many multiples of the purchase price, approaching or surpassing multiples of the acquisition price to preserve its market share.

In summary, JPMC could have chosen to acquire Frank and shut it down and still create more value than if a competitor had acquired it (and done exactly what JPMC had planned to do with the business). So, based on my estimates, JPMC actually created value via the Frank acquisition by shutting it down and paying the $175M purchase price and precluding a competing bank from acquiring Frank and investing into Frank's growth potential.

VI. Conclusion

Based on the information reviewed, it is more likely than not that Frank's synergistic value to JPMC at the time of acquisition substantially exceeded the $175 million paid. Each of the four value streams had the capacity, on its own, to surpass the purchase price.

- Signed-up user growth: $175 (Mar 2023), $350M (Fall 2024).

- Marketing efficiency: $175M (Mid 2024), $350M (End of 2025).

- Monetization: $175M (Mid 2024), $350M (Mid 2025).

- Defensive value: justified purchase price immediately.

DocuSigned by:
*Bob Cell*
2A8F81299C4E4FD...    9/8/2025 | 10:31:23 PM EDT

Robert E. Cell, 9/8/25

7

# Robert (Bob) Cell

📞 650-533-4824 | ✉ robertecell@gmail.com

## Qualifications

- **Corporate Development (Fortune 500):** Led Kellogg's external growth; executed acquisitions, alliances, and divestitures.
- **Investment Banking:** Managing Director, Deloitte Corporate Finance; Leader of the Acquisition Advisory Practice and Manager Coopers & Lybrand Corporate Finance. Led valuation, synergy analysis, structuring, and diligence on approximately 100 transactions up to $1B.
- **Entrepreneur:** Founder, CEO, or Lead Board Member of 10 SaaS companies including MyBuys, AdAdapted, and FreightVerify. Consistently driving 3–10× enterprise value increases.
- **Venture Capitalist:** Direct investments in approximately 20 high-growth companies; co-led venture fundraising for over 10 start-ups.
- **Public Company Executive:** Kellogg Company Global VP of New Ventures; COO, CFO at Blue Martini Software; Other: Chair of Public Audit & Compensation Committees.
- **Education:** MBA (High Distinction), Ross School of Business, University of Michigan; BS, Industrial & Operations Engineering, University of Michigan.

## Selected Professional Experience

### AdAdapted – Executive Chairman/ Board Director (2016–present)

- Digital Advertising - Early Investor, Raised Capital $4M, Co-led company
- Pivoted Company, launched new products, scaled revenue from $0 to $25M, profitable

### FreightVerify – Executive Director (2018–present)

- SaaS real-time visibility platform for global manufacturers.
- Invested $5M, co-led $10M round; grew ARR (Annual Recurring Revenue) from $1M to $42M.
- Led carve-out and sale process for a business unit valued at $250M.

### MyBuys (now Deloitte Digital) – Founder & CEO (2006–2014)

- Founded a SaaS personalization platform; raised $40M; scaled to $30M ARR with 500

customers.

### Blue Martini Software (NASDAQ: BLUE) – COO & CFO (2000–2004)

- Executive team member through IPO and later led turnaround.
- As COO, doubled license revenue, tripled market cap, and increased net income by $41M.

### Kellogg Company – VP Corporate Development & GM (1997–2000)

- Led global acquisitions and partnerships that drove over $1B in revenue and value creation.
- GM of Lender's Bagel -Turned around $250M business; increased EBITDA from $5M to $40M, then led the sale of the company for $300M.

### Corporate Finance (1993–1997); Deloitte & Touche – Managing Director & Coopers & Lybrand - Manager

- Co-founded the Midwest Corporate Finance practice; scaled from $0 to $10M revenue and 20 staff.
- Advised on transactions and joint ventures up to $1B

## Venture Capital & Board Roles

- Director or advisor to over 20 early-stage companies.
- Venture investments in approximately 20 companies through personal investing and as a General Partner of funds.

## Education

- **MBA**, University of Michigan – Ross School of Business (High Distinction, top 10%; Alumni Merit Scholarship)
- **BS**, Industrial & Operations Engineering, University of Michigan