

**David M. Siegal**
+1.212.692.6281
DMSiegal@mintz.com

919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com

September 12, 2025

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Charlie Javice and Olivier Amar*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

      On behalf of our client, Charlie Javice, we write to submit additional letters on her behalf received subsequent to the filing of her sentencing submission, ECF No. 417.  These letters are attached herein as supplements to ECF No. 417-1 at Exhibit A-1, which we are labeling as 115 – 117, for the Court's convenience.

      Additionally, we enclose Ms. Javice's own letter to the Court, labeled as Exhibit G to ECF No. 417.

      Thank you for your consideration.

      Respectfully submitted,

      David M. Siegal

BOSTON   LOS ANGELES   MIAMI   NEW YORK   SAN DIEGO   SAN FRANCISCO   TORONTO   WASHINGTON
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.