# EXHIBIT G

Dear Judge Hellerstein,

I write to you with humility and respect, knowing the immense responsibility you bear. I accept the jury's verdict and take full responsibility for my actions. There are no excuses, only regret - I am truly sorry.

At 28, I was out of my depth and made poor choices that still haunt me. I disregarded my best judgment in an overwhelming situation and I own my mistakes completely. They are woven into who I am now, and living with them is its own sentence. Still, hope is a stubborn thing. And though I cannot change my past, I refuse to let it define my future.

This is not who I was raised to be. My family's story is one of resilience and survival. My immigrant grandparents rebuilt their lives from nothing, passing down a legacy of strength and responsibility that has shaped every choice I made growing up. In turn, my parents taught me that community and care are obligations, not options. My life goals have always been rooted in service—a vision shaped by family and an imperative to repair the world, and by my own stubborn optimism.

I have tried to live not just with words but with action: starting a soup kitchen as a teenager, launching apprenticeships for underserved youth in Israel, advising a clinic for children with special needs, and, more recently, volunteering to help formerly incarcerated women find housing and jobs. These efforts are my way of honoring the legacy passed to me, of offering small acts of kindness hoping they will deliver something lasting.

After college, I started Frank from a desire to help students navigate the bewildering process of accessing higher education. I did so out of gratitude for the

financial aid I had received and a desire to give others a fair shot. My grandmother, who fled the Nazis, taught me that education is the only thing you can take with you and the greatest gift one can give. Frank was the culmination of everything I believed in.

These last five years have been defined by pain and loss—of my company, my career, my reputation, and many friendships. Most painfully, I have lost time. At 29, I put my life on hold, including my hopes of becoming a young mother. While I still hope motherhood is in the cards for me, at this point I realize it is not guaranteed. Adjusting to this reality as I approach the age of 34 has been crushingly sad not only to me but also to my aging parents. My mom is now approaching the age at which my grandmother and great-grandmother were diagnosed with pancreatic cancer. The thought of not being there for my mom, or of not being able to give her grandchildren, is unbearable.

Every setback, however painful, has been a lesson in resilience, integrity, and humility, as I learn to live with my regret and learn from my mistakes. I have come to understand the importance of patience, the value of clear-eyed self-reflection, and the necessity of surrounding myself with people who hold me accountable and lift me up.

As the day of my sentencing grows near, I am sustained by hope—hope that has been tested but never broken, and embodied in the words of Golda Meir: "Pessimism is a luxury that a Jew can never allow himself." I have drawn strength from my family and from the remarkable people who have stood by me—friends, colleagues, and mentors. Their unwavering support reminds me that brokenness is not the end, and that grace is always within reach. Each day, I rise committed to giving back and doubling down on the work that defines my purpose, knowing that resilience is not merely enduring but actively choosing to move forward with courage and generosity.

I now know that bad choices in my twenties can and will carry consequences far beyond what I ever imagined—affecting not just my own life, but the lives of those who depend on me and the legacy I hoped to build for my children. I want to be able to be there for my parents. I want to be there for my niece. I want to be there for my friends and extended family. Above all, I want to be someone who strives to learn, grow, and do better every day. I am not the same person I was five years ago.

Though the road ahead is uncertain, I do not ask for forgiveness or to erase the seriousness of the past. I ask only for the chance to rebuild, to honor the support I've received, and to demonstrate through my actions that grace can be earned and hope—however fragile—is always worth embracing. That is what I owe to my family, my community, and myself.

I respectfully ask that Your Honor show mercy and consider not only my isolated actions but also all that makes me the person I am. Whatever sentence Your Honor imposes, I will carry out with dignity and grace. I have learned from my mistakes and promise to do better and to be better.

Thank you for your time and your fairness.

Sincerely,
Charlie Javice