**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 22, 2025

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Streets
New York, New York 10007

Re:    *United States v. Charlie Javice*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

    The Government respectfully writes in response to Javice's second adjournment request. Based on the limited and vague information that Javice has provided, the Government opposes Javice's second request for an adjournment of sentencing. Last Thursday, Javice furnished to the Government a letter from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. On Friday, the Government requested additional information, including the specific condition obviating travel to New York, whether the ▮▮▮▮▮▮▮ prevents other forms of travel such as trains or cars, and the expected length of time that the ▮▮▮▮▮▮▮ is expected to persist. The Government suggested that defense counsel arrange for a short call with ▮▮ ▮▮▮▮. Javice's counsel refused to provide additional information or to arrange for a call with the ▮▮▮▮▮▮▮▮.

    This is Javice's second request for a lengthy adjournment of her sentencing. Before granting any adjournment, the Court should direct Javice to provide the additional information sought by the Government.

                      Respectfully submitted,

                      AMANDA HOULE
                      Attorney for the United States, Acting under
                      Authority Conferred by 28 U.S.C. § 515

By:      /s/
                      Nicholas W. Chiuchiolo / Micah F. Fergenson
                      Georgia V. Kostopoulos
                      Assistant United States Attorneys
                      Telephone: (212) 637-1247 / -2190 / -2212