RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

September 19, 2025.

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

I am unable to grant this request, unless I am presented with evidence that travel is likely to be injurious to Defendant's health. I have reserved all day, September 29, 2025, for sentencing. An adjourned date will interfere with an ongoing, lengthy trial and other cases.

Alvin K. Hellerstein, U.S.D.J.
Dated: September 22, 2025

Re: *United States v. Charlie Javice and Olivier Amar*, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

Defendant Charlie Javice respectfully requests a continuance of the sentencing hearing currently set for September 29, 2025, [redacted]

[redacted]

[redacted]

[redacted]

# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

████████████████████████████████████████

████████████████████████████[1].

United States Probation Officer Giuliana Lopez does not oppose Ms. Javice's request. The government, however, has indicated that it opposes the requested continuance and will file a response to this letter.

Respectfully submitted,

*/s/ Ronald S. Sullivan Jr.*

**Ronald S. Sullivan Jr.**
Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
rsullivan@ronaldsullivanlaw.com
(202) 313-8313

---

[1] Certain sections of this letter and Exhibit A have been redacted on the public docket to protect sensitive personal information. An unredacted version will be submitted to the Court under seal.