# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

September 22, 2025.

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Charlie Javice and Olivier Amar</u>, 23 Cr. 251 (AKH)

Dear Judge Hellerstein:

      We write in response to the Court's order entered today. ████████████████████████████████████████████████████████████████████████████████████████

      We respectfully request that the Court grant Ms. Javice's Motion to Continue Sentencing (ECF No. 421).

      Respectfully submitted,

*/s/ Ronald S. Sullivan Jr.*

**Ronald S. Sullivan Jr.**
Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
rsullivan@ronaldsullivanlaw.com
(202) 313-8313