UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHARLIE JAVICE and OLIVIER AMAR,

                Defendants.

Case No. 23-cr-251 (AKH)

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Julian S. Brod of Shapiro Arato Bach LLP hereby appears as counsel for Defendant Charlie Javice in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: September 24, 2025
      New York, New York

Respectfully submitted,

/s/ Julian S. Brod
Julian S. Brod
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, New York 10036
Tel: (212) 257-4889
jbrod@shapiroarato.com

*Attorneys for Defendant Charlie Javice*