# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

September 25, 2025.

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Charlie Javice and Olivier Amar,</u> 23 Cr. 251 (AKibiH)

Dear Judge Hellerstein:

    Defendant Charlie Javice respectfully submits, as a supplemental exhibit to ECF No. 425, the letter hereto attached as Exhibit A. ███████████████████████████████████████████████████████████████████████████████████████████████████████████

    Respectfully submitted,

*/s/ Ronald S. Sullivan Jr.*

**Ronald S. Sullivan Jr.**
Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
rsullivan@ronaldsullivanlaw.com
(202) 313-8313