UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHARLIE JAVICE

**Proposed Order of Restitution**

S1 23 Cr. 251 (AKH)

Upon the application of the United States of America, by its attorney, Amanda Houle, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, Micah F. Fergenson, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One through Four of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

$287,501,078

Charlie Javice, the defendant, shall pay restitution in the total amount of ~~$300,922,397~~, pursuant to 18 U.S.C. § 3663A, to the victims of the offenses charged in Counts One through Four. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

   A. **Joint and Several Liability**

Restitution is joint and several with co-defendant, Olivier Amar. The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

2025.02.20

**B.     Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), payments should be applied first to the individual victims of the offense of conviction on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the adjusted amount of loss, and next, pursuant to 18 U.S.C. § 3664(j)(1), to the Subrogee, Euclid Transactional LLC, as set forth more fully in <u>Schedule A</u>. Upon advice of a change of address, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**2.     Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of ~~no less than $500, or at least 20%~~ 10% [handwritten, initialed AKH] of the defendant's gross income, whichever is greater, payable on the first day of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Sep 29, 2025
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CHARLIE JAVICE

Schedule A
Victim List

S1 23 Cr. 251 (AKH)

---

Victim List

| Victim Name | Restitution Amount Imposed | Euclid Transactional LLC Covered | Net Loss |
|---|---|---|---|
| J.P. Morgan Chase Bank, N.A. | ~~$300,922,397~~ $287,501,078 *(AK/1)* | ($17,460,000) | $283,462,397 |

Subrogee List

| Compensation provider to be substituted as payee under 18 U.S.C. § 3664(j)(1) | | | |
|---|---|---|---|
| Euclid Transactional LLC | $17,460,000 | Subrogee to be paid after all individual victims have been paid | $ 17,460,000 |

2025.02.20                                5