UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA, :
 :
    -against- : **ORDER REGULATING**
 : **PROCEEDINGS**
 :
CHARLIE JAVICE and OLIVIER AMAR, : 23 Cr. 251 (AKH)
 :
                      Defendants. :
 :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Government's deadline to respond to Defendants' pending motions, ECF Nos. 463 and 465, is extended to January 5, 2026.

       SO ORDERED.

Dated:    December 9, 2025                              /s/ Alvin K. Hellerstein
           New York, New York                  ALVIN K. HELLERSTEIN
                                                       United States District Judge