UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                         :

UNITED STATES OF AMERICA,         :

                                :   **ORDER REGULATING**

    -against-                   :   **PROCEEDINGS**

                                :

CHARLIE JAVICE,              :   23 Cr. 251 (AKH)

                                :

               Defendant.    :

                                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Government shall respond to Defendant Charlie Javice's pending motion to modify conditions of release, ECF No. 500, by May 19, 2026.

       SO ORDERED.

Dated:      April 29, 2026                      /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                    United States District Judge